**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH,<br><br>Plaintiff,<br>v.<br><br>SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-25402-KMW<br><br>Hon. Judge Kathleen M. Williams<br><br>Magistrate Judge Enjolique A. Lett |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION AND REPLY TO PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

Defendants, SCHILLER, DuCANTO & FLECK, LLP ("SDF") and Joseph Seinitz ("Seinitz") (collectively, "Defendants"), by and through its undersigned counsel, hereby move the Court for a five-day enlargement of time, through and including September 23, 2026, to file their reply in support of their Motion for Summary Judgment (ECF 71) and their reply to Plaintiff's additional statement of facts (ECF 82). In support thereof, Defendants state as follows:

1. On August 20, 2026, Defendants filed their Motion for Summary Judgment. [ECF 71]. Plaintiff's response was originally due September 3, 2026.

2. On August 31, 2026, Plaintiff Steven Ivankovich filed an unopposed motion for an 8-day extension of time to respond to the Motion for Summary Judgment. [ECF 73].

3. That same day, the Court granted Plaintiff's motion, allowing Plaintiff until September 11, 2026 to respond to the Motion for Summary Judgment. [ECF 74].

4. Accordingly, on the evening of September 11, 2026, Plaintiff filed his response to Defendants' Motion for Summary Judgment (ECF 83), as well as his response to the statement of facts submitted by Defendants in support of their Motion for Summary Judgment (ECF 82).

5. Plaintiff's response to the statement of facts includes Plaintiff's own additional statement of facts. [ECF 82]. Although Local Rule 56.1(b)(2)(D) limits the opposition's additional statement of facts to 5 pages, Plaintiff's additional statement of facts spans 8 pages. [ECF 82].

6. The current deadline for Defendants to file their reply in support of their Motion for Summary Judgment is September 18, 2026. Defendants will need additional time to prepare

their reply brief, as well as their reply to Plaintiff's additional statement of facts. Given the numerous legal issues presented by Plaintiff's response to the Motion for Summary Judgment and the enlarged nature of Plaintiff's additional statement of facts, Defendants require an additional five days to file their reply brief and their reply to Plaintiff's additional statement of facts. This is particularly necessary considering that undersigned counsel represents multiple defendants in this case.

7. No party will be prejudiced by the extension sought herein, particularly in light of the fact that the Court will likely need to address Defendant SDF's pending motion to dismiss (ECF 33) before addressing Defendants' Motion for Summary Judgment.

8. This motion is brought in good faith and not for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court grant an enlargement of five days for Defendants to file their reply in support of their Motion for Summary Judgment and their reply to Plaintiff's additional statement of facts, through and including September 23, 2026, and for any further relief the Court deems just and proper.

**S.D. Fla. L.R. 7.1 Certification**

I, Ramses Jalalpour, hereby certify that the undersigned conferred with counsel for the non-movant, who advised that Plaintiff does not oppose the relief sought herein.

Dated: September 15, 2026

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour (admitted *pro hac vice*)
Illinois Bar No. 6313128
Email: rj@konicekdillonlaw.com
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Facsimile: (305) 262-9659

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-7549

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alexandra L. Tifford
Alexandra L. Tifford

| **SERVICE LIST**<br>*Ivankovich v. Schiller, DuCanto & Fleck, LLP and Joseph Seinitz* | |
|---|---|
| Joshua Truppman, Esq.<br>Benjamin Brodsky, Esq.<br>Brodsky Fotiu-Wojwoticz, PLLC<br>44 W Flagler St., Suite 2200<br>Miami, Florida 33130,<br>Telephone: (305) 503-5054<br>Email: bbrodsky@bfwlegal.com<br>Email: joshua@bfwlegal.com<br>*Counsel for Plaintiff* | |