**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25402-KMW |
| | ) | |
| SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ, | ) | Hon. Judge Kathleen M. Williams |
| | ) | |
| | ) | Magistrate Judge Enjolique A. Lett |
| Defendants. | ) | |

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION AND REPLY TO PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

THIS CAUSE came before the Court on Defendants, SCHILLER, DuCANTO & FLECK, LLP and Joseph Seinitz's, unopposed motion for a five-day enlargement of time to file their reply in support of their Motion for Summary Judgment (ECF 71) and their reply to Plaintiff's additional statement of facts (ECF 82). Having considered the papers and the record, and being otherwise duly advised in the premises it is **ORDERED AND ADJUDGED**:

1. The Defendants' Unopposed Motion is **GRANTED**. Defendants shall file their reply in support of their Motion for Summary Judgment (ECF 71) and their reply to Plaintiff's additional statement of facts (ECF 82) on or by September 23, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida on this _____ day of September, 2026.

______________________________
**Honorable Enjolique A. Lett**
**United States Magistrate Judge**