**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25402-KMW |
| | ) | |
| SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ, | ) | Hon. Judge Kathleen M. Williams |
| | ) | |
| | ) | Magistrate Judge Enjolique A. Lett |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF OBJECTION AND UNOPPOSED MOTION FOR LEAVE TO FILE ENLARGED REPLY STATEMENT OF FACTS TO PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

Defendants, SCHILLER, DuCANTO & FLECK, LLP ("SDF") and JOSEPH SEINITZ ("Seinitz") (collectively, "Defendants"), by and through its undersigned counsel, hereby notify the Court of the withdrawal of their objection to Plaintiff's motion for leave to file an Additional Statement of Facts in excess of the 5-page limit (ECF 79). In support thereof, Defendants state as follows:

1. On August 20, 2026, Defendants filed their Motion for Summary Judgment. [ECF 71].

2. On September 8, 2026, Plaintiff filed a motion for leave to file an Additional Statement of Facts in excess of the 5-page limit. [ECF 79]. At the time, Plaintiff had not provided Defendants a proposed draft of the Additional Statement of Facts. In a meet and confer between counsel, Plaintiff's counsel explained the expected contents for his Additional Statement of Facts and the need for additional pages. Defendants, through counsel, took the position that the expected contents were not relevant to Defendants' Motion for Summary Judgment, thereby obviating the need for an enlarged Additional Statement of Facts.

3. Plaintiff has since filed his enlarged Additional Statement of Facts. [ECF 82]. Defendants still take the position that Plaintiff's Additional Statement of Facts largely involve matters irrelevant to the issues at hand. Nevertheless, for the sake of judicial economy, Defendants withdraw their objection to Plaintiff's motion for leave (ECF 79). Defendants' position is partly

guided by Plaintiff's agreement not to object to Defendants' request herein for leave to file an 8-page reply to Plaintiff's Additional Statement of Facts.

4. Local Rule 56.1(b)(3) requires the moving party to reply to the opponent's Additional Statement of Facts, which is limited to 5 pages pursuant to Local Rule 56.1(b)(2)(D). Local Rule 56.1(b)(3) does not provide an explicit page limitation on the reply to the Additional Statement of Facts, although a reading of Local Rule 56.1(b) in its entirety suggests a 5-page limit.

5. Defendants therefore believe it is appropriate to seek leave to file a reply to the Additional Statement of Facts in excess of 5 pages.

WHEREFORE, Defendants respectfully request that the Court enter an order noting Defendants' withdrawal of their objection to Plaintiff's Motion for Leave (ECF 79) and granting Defendants leave to file an 8-page Reply Statement of Facts to Plaintiff's Additional Statement of Facts.

Dated: September 17, 2026

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour (admitted *pro hac vice*)
Illinois Bar No. 6313128
Email: rj@konicekdillonlaw.com
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Facsimile: (305) 262-9659

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-7549

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by other authorized means for counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

s/ Alexandra L. Tifford
Alexandra L. Tifford

| **SERVICE LIST**<br>*Ivankovich v. Schiller, DuCanto & Fleck, LLP and Joseph Seinitz* | |
|---|---|
| Joshua Truppman, Esq.<br>Benjamin Brodsky, Esq.<br>Brodsky Fotiu-Wojwoticz, PLLC<br>44 W Flagler St., Suite 2200<br>Miami, Florida 33130,<br>Telephone: (305) 503-5054<br>Email: bbrodsky@bfwlegal.com<br>Email: joshua@bfwlegal.com<br>*Counsel for Plaintiff* | |