**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH,<br><br>Plaintiff,<br>v.<br><br>SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-25402-KMW<br><br>Hon. Judge Kathleen M. Williams<br><br>Magistrate Judge Enjolique A. Lett |

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE ENLARGED REPLY STATEMENT OF FACTS TO PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

THIS CAUSE came before the Court on Defendants, SCHILLER, DuCANTO & FLECK, LLP and JOSEPH SEINITZ's, unopposed motion for leave to file an enlarged Reply Statement of Facts to Plaintiff's Additional Statement of Facts (ECF 82). Having considered the papers and the record, and being otherwise duly advised in the premises, it is **ORDERED AND ADJUDGED**:

1. Defendants' Unopposed Motion is **GRANTED**. Defendants are given leave to file a Reply Statement of Facts up to eight (8) pages on or by September 23, 2026.

**DONE AND ORDERED** in Chambers in Miami, Florida on this _____ day of September, 2026.

______________________________________
**Honorable Enjolique A. Lett**
**United States Magistrate Judge**