**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH,<br><br>Plaintiff,<br>v.<br><br>SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-25402-KMW<br><br>Hon. Judge Kathleen M. Williams<br><br>Magistrate Judge Enjolique A. Lett |

**DEFENDANTS' MOTION FOR LEAVE TO FILE TEN-PAGE REPLY STATEMENT OF FACTS TO PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

Defendants, SCHILLER, DuCANTO & FLECK, LLP ("SDF") and JOSEPH SEINITZ ("Seinitz") (collectively, "Defendants"), by and through its undersigned counsel, hereby notify the Court of the withdrawal of their objection to Plaintiff's motion for leave to file an Additional Statement of Facts in excess of the 8-page limit. In support thereof, Defendants state as follows:

1. On September 15, 2026, Defendants requested leave to file an 8-page Reply Statement of Facts to Plaintiff's 8-page Additional Statement of Facts. *See* ECF 86. That same day the Court granted Defendants' request. *See* ECF 87.

2. Defendants have since finalized their Reply Statement of Facts, which originally was 12.5 pages but now sits at 10 pages after multiple revisions and redrafts.

3. Defendants are unable to cut the Reply Statement any further and therefore request leave for two additional pages on their Reply Statement.

4. Defendants' Reply Statement is currently due on September 23, 2026.

WHEREFORE, Defendants respectfully request that the Court granting Defendants leave to file a 10-page Reply Statement of Facts to Plaintiff's Additional Statement of Facts.

**CERTIFICATION OF CONFERRAL ON LOCAL RULE 7.1(a)(3)**

The undersigned certifies that on the date of the filing of this motion, counsel for the movants attempted to speak by phone and by email with counsel for Plaintiff in a good faith effort to resolve the issues raised in the motion and has been unable to do so. Counsel for Plaintiff is unavailable in observation of the Yom Kippur holiday. However, when counsel had previously asked Plaintiff's counsel if he had an objection to Defendants' first request for leave to file an enlarged Reply Statement of Facts (ECF 86), Plaintiff's counsel responded that he had no objection to Defendants receiving an additional five pages, which is ultimately what Defendants are now seeking. Undersigned counsel therefore does not anticipate an objection to this motion.

Undersigned counsel filed the motion prior to successfully engaging in a meet and confer in order to comply with the Court's 48-hour rule, which applies to motions for extensions of time. While this motion seeks leave to file an enlarged document (rather than an extension of time), it appears to fall under the intent of the 48-hour rule.

Dated: September 21, 2026

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour (admitted *pro hac vice*)
Illinois Bar No. 6313128
Email: rj@konicekdillonlaw.com
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Facsimile: (305) 262-9659

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-7549

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by other authorized means for counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

s/ Alexandra L. Tifford
Alexandra L. Tifford

| **SERVICE LIST**<br>*Ivankovich v. Schiller, DuCanto & Fleck, LLP and Joseph Seinitz* | |
|---|---|
| Joshua Truppman, Esq.<br>Benjamin Brodsky, Esq.<br>Brodsky Fotiu-Wojwoticz, PLLC<br>44 W Flagler St., Suite 2200<br>Miami, Florida 33130,<br>Telephone: (305) 503-5054<br>Email: bbrodsky@bfwlegal.com<br>Email: joshua@bfwlegal.com<br>*Counsel for Plaintiff* | |