# EXHIBIT 3

[1.1.2025, 16:18:32] Rodney: Happy new year. Hope we all have a good 2025. <attached: 00000074-PHOTO-2025-01-01-16-18-32.jpg>
[17.3.2025, 15:55:23] Oli Hand: Good day you all. I would like to have a short call with you tomorrow 10AM if you are free. I think using Whatsapp would be best Joe you could ask Cody to join you.
[17.3.2025, 16:16:32] Rodney: Fine with me.
[17.3.2025, 17:11:30] Joe Seinitz: Yes
[18.3.2025, 14:01:41] Rodney: Ready for call when u r.
[18.3.2025, 14:01:52] Joe Seinitz: Ready
[20.3.2025, 11:06:52] Oli Hand: Are you free today at 330 EST for a meeting on whatsapp ?
[20.3.2025, 11:27:52] Rodney: Yes
[20.3.2025, 11:45:49] Joe Seinitz: Yes
[20.3.2025, 19:12:39] Oli Hand: I will be 10 min late
[20.3.2025, 19:25:42] Rodney: Ok
[20.3.2025, 19:41:48] Joe Seinitz: Voice call. 45 min • 3 joined
[20.3.2025, 22:45:18] Joe Seinitz: The only thing I'm struggling with on this plan. When they start tearing up the place we will lose business for many many months
[20.3.2025, 22:45:37] Joe Seinitz: I think that should be highlighted in this proposal..
[20.3.2025, 22:48:47] Rodney: Yes. He should be aware it's out of our control.
[20.3.2025, 22:59:10] Oli Hand: Then we need to  renegotiate the rent according to that
[20.3.2025, 22:59:59] Rodney: True. It must be addressed that it has to be lowered at those times
[20.3.2025, 23:10:40] Joe Seinitz: Yes
[21.3.2025, 00:57:33] Joe Seinitz: You should sell shares in the contessa .. $2 million for 6 weeks of use per year for as long as they keep the shares and then an up keep fee each month  , like a timeshare  … you can sell 52 weeks … good idea for income ..
[21.3.2025, 11:36:15] Joe Seinitz: What's going on with the title for Audi and the rent . I did my part in signing the contract .
[21.3.2025, 12:07:18] Oli Hand: I have asked should I give him ultimatum?
[21.3.2025, 12:13:21] Rodney: I have to say, your little timeshare idea for the Contessa is not bad
[21.3.2025, 12:27:16] Joe Seinitz: No oil , just trying to keep it fair .. I do what I say .. some people don't
[21.3.2025, 12:27:42] Joe Seinitz: Yes the time share thing is a good thing and is becoming very popular in the industry
[21.3.2025, 12:30:49] Joe Seinitz: I'm running out of time here .. I have to pack up and move by end of next week
[21.3.2025, 12:31:28] Joe Seinitz: If that happens I'm forced out by design..
[21.3.2025, 12:32:18] Rodney: Find a place have not presented anything to him. Current raised too much. So give me a place asap to present to him
[21.3.2025, 12:34:42] Rodney: Lease ends April 19 according to lease. Not sure why you saying end of next week Shrek. <attached: 00000101-PHOTO-2025-03-21-12-34-42.jpg>
[21.3.2025, 12:36:23] Joe Seinitz: I need time to plan and move
[21.3.2025, 12:36:32] Joe Seinitz: I'll send you something this morning
[21.3.2025, 12:36:55] Rodney: Ok

[21.3.2025, 13:35:30] Joe Seinitz: $2500 per month is the best price for 2 bedroom .. we will receive the deposit back on current place .. new place would require security deposit and 6 months or 12 months paid I can negotiate the price down from $2500
[21.3.2025, 13:42:12] Rodney: Why do we need a 2 bedroom. Get a 1 bedroom. If someone comes flip a coin and loser sleeps on an inflatable. We have to do bare minimum to get Steve to agree. Am I wrong on this guys?
[21.3.2025, 13:44:42] Joe Seinitz: Depends on if Oli is in town , but yes a one bedroom is fine but hard to find and not much of a price difference.. actually I've seen one bedroom for more
[21.3.2025, 13:45:02] Rodney: OK.
[22.3.2025, 14:59:19] Joe Seinitz: If this business plan doesn't work out with the marina . We can get the rent reduction way down.. I can just be the only one there to keep the boats maintained.. and hopefully move forward on the Boat rentals down the road .. that's where the money is in rentals ..
[22.3.2025, 15:00:20] Joe Seinitz: As long as I don't have to deal with any other company bullshit and everyone leaves me alone it will be good for us 3 and Steve can make money off rentals as well ..
[22.3.2025, 15:00:51] Joe Seinitz: And he can keep his 75%
[22.3.2025, 15:19:39] Rodney: It's an idea.
[22.3.2025, 15:20:13] Oli Hand: I'm sending a mail to Stefán today to see about the reduction in rent, but let's keep our cool until we get that
[22.3.2025, 16:29:28] Joe Seinitz: I'm cool , I just think this might be a big burden on us right now because of the construction.. I do think the Joy Ride boat rentals might be something we can get Steve to fund .. that's a slam dunk
[22.3.2025, 21:59:42] Joe Seinitz: Oh BTW …Cody  and I bought a 4 seat Cessna airplane .. ✈ Cody has his on pilot license… So if either of "you " need a ride <This message was edited>
[22.3.2025, 22:02:01] Joe Seinitz: <attached: 00000116-PHOTO-2025-03-22-22-02-01.jpg>
[23.3.2025, 16:25:20] Joe Seinitz: The reason why a business did not start up 6-8 months ago is because we had the original Octopussy crew here staying at a crew house and tending to the company boats … they were pretty much useless .. once Cody came in to the picture which was right before I fired Jermaine the "engineer" pay was $7500 month.. Johnny was paid $6000 per month .. Maxx $3500 , Kiril $4000 Tania $3500 , Keegan $3500.. once I figured out how useless each one of them was I stayed firing them drastically reduced the payroll .. Until recently we started discussing the service business.. Originally it was the Rental business which was never funded and to date has not been funded ..  These reasons mentioned are why nothing started .. this is not our fault but the fault of the Joy Ride not being funded … nothing more .. Rodney and I did all of our part to get the licenses etc in place ..
[23.3.2025, 16:34:01] Oli Hand: We realized right away that we weren't going to be renting boats out. That became clear very quickly. We had staff who were supposed to be servicing our own boats as well as repairing boats for others. Their wages aren't even included in this figure. So they have no effect on the B plan I sent to you all.

I need information on what we're going to do, because we can't keep operating like this. Do you and Cody believe it's even possible to run a business there?

I'm waiting to hear what Stefan says so I can see what that cost will be. But in the meantime, we need insight from people who actually know the area—what's realistic, what services we should offer, etc.

If there's interest, I can help with all the admin, reports, and the like. But those of you on location have to run the actual operations.

And another thing—if we were so sure that our staff weren't fulfilling their duties, why weren't they let go earlier?
[23.3.2025, 17:11:29] Joe Seinitz: Let's see what Steph comes back with ..
[23.3.2025, 17:12:51] Joe Seinitz: Just trying to cover our asses
[23.3.2025, 17:13:13] Oli Hand: We need the info about the program so when he asks me and he will I need to have it otherwise we look like we are dumb
[23.3.2025, 17:45:00] Joe Seinitz: The original business model was based on building boats and selling boats .. now in the 11 th hour it just a service business… there will never be enough revenue created in just service for the rent ..
[23.3.2025, 17:46:12] Joe Seinitz: You and Steve need to take some sort of responsibility on why we never stuck with the original plan.. you told me not to along ago that Turkey was building boats for rentals
[23.3.2025, 17:47:43] Oli Hand: We are waiting for prices on that.
[23.3.2025, 17:51:23] Oli Hand: Why are you not getting the info I am asking for? Or are we just shutting down? Things change. And plans change. Start renting the boats we have if it can work
[23.3.2025, 17:55:08] Rodney: Guys. Take a deep breathe. Joe, get us the maintenance details. Step by step. On way to do now.
[23.3.2025, 17:56:14] Joe Seinitz: What I for are you asking for Olafr?
[23.3.2025, 17:56:20] Joe Seinitz: Information
[23.3.2025, 17:58:16] Joe Seinitz: I've seen too many businesses from Florida to Dubai to Michigan fail because of someone who commits to a plan and then fails to provide on his commitment .. and then the business fails and goes into litigation… Do you two really want to became a Nathan , Jake or. Mohammad ?? I'm just saying we have to have a phone conversation tomorrow
[23.3.2025, 17:59:32] Oli Hand: Price for 28 to 32 foot maintains plan Price for 32 to 42 foot maintains plan Price for 43 to 54 foot maintains plan and 54 plus. What is included and example of contract. Also sales plan how we are going to get customers for this. And then we will move on from there. Please send this in word document so I can work with it
[23.3.2025, 18:01:31] Oli Hand: Joe be positive and let's stop blaming others FP is your gig. What do you need put it down into a doc an then we can have a call with Steven and ask for it
[23.3.2025, 18:02:15] Joe Seinitz: We need a call tomorrow to discuss my concerns
[23.3.2025, 18:02:38] Joe Seinitz: I never blame anyone it's truth
[23.3.2025, 18:03:10] Oli Hand: I know them and we need to move on or close shop there is nothing in between
[23.3.2025, 18:04:09] Oli Hand: So I will set up the phone call tomorrow either the 4 of us. If we like to do that before we have the plan.
[23.3.2025, 18:15:50] Rodney: I will do what I guys decided. I am around all Monday

[24.3.2025, 14:46:58] Joe Seinitz: COSTA MARINE SERVICES.pdf • 1 page
<attached: 00000137-COSTA MARINE SERVICES.pdf>
[24.3.2025, 14:50:56] Joe Seinitz: This is every 3 months and a wash down once a month and final wash down upon customer arrival $425 for the maintenance every 3 months
$50 a wash down so $100 per month
[24.3.2025, 14:57:17] Oli Hand: Ok and is this no matter what size of boat ?
[24.3.2025, 14:58:46] Oli Hand: And is it extra 50 for the wash down when the owners arrives?
[24.3.2025, 15:00:22] Oli Hand: So it is 144 usd per month and extra 50 for wash down when over uses boat? If he uses boat one time during the 3 months the total would be 425 plus 50?
[24.3.2025, 15:48:44] Joe Seinitz: $30 per foot
[24.3.2025, 15:48:48] Joe Seinitz: That's easier
[24.3.2025, 15:49:13] Joe Seinitz: Also what is the chance of getting these 40' img insured and registered for charters ..
[24.3.2025, 16:11:14] Joe Seinitz: More revenue streams
[24.3.2025, 16:44:11] Joe Seinitz: What time is meeting
[25.3.2025, 12:56:43] Rodney: Gentlemen, I will be at Disney World, Thursday and Friday with the entire family. I won't be available those two days, so if you do any type of conference call or meeting it needs to be today or tomorrow thanks.
[25.3.2025, 12:58:54] Joe Seinitz: Wow , enjoy 😊
[26.3.2025, 11:46:28] Joe Seinitz: Good , How is this business plan going
[26.3.2025, 11:51:42] Oli Hand: We are now waiting for reply from Stefan. The plan is ready I just need to update it according to 30 per feet so what I need from you is how many boats of each size you will expect for example how many of 100 will be 28feet 32feet and so on
[26.3.2025, 11:52:59] Joe Seinitz: Average boat size is 30'
[26.3.2025, 11:53:39] Joe Seinitz: I can't climb the racks and measure every boat in Marina
[26.3.2025, 11:53:50] Joe Seinitz: Just go with the average 30'
[26.3.2025, 11:53:56] Oli Hand: That just give me ave income it's better if we can get closer
[26.3.2025, 11:54:16] Oli Hand: You can maybe ask Matt
[26.3.2025, 11:54:21] Joe Seinitz: He won't know
[26.3.2025, 11:54:34] Oli Hand: Call you in one hour
[26.3.2025, 11:54:46] Joe Seinitz: I'll look at all the boats today and see but I'm giving an estimate
[26.3.2025, 12:06:23] Joe Seinitz: The Cobia is being loaded up on truck and heading to BTH in Islamorada
[26.3.2025, 12:08:56] Oli Hand: Ok
[4.4.2025, 12:24:50] Joe Seinitz: Good morning, It would be nice if I was to get some answers for the Apartment and the Audi title that was agreed upon from Steve in the contract for car and verbally to me and Oli.. this is getting to be stupid ..
[4.4.2025, 12:26:48] Rodney: I really don't know why you think we have any better chance of getting answers than u do. You not communicating anymore with Steve does not help.
[4.4.2025, 12:27:00] Rodney: Oli you want to ask or shall I.
[4.4.2025, 12:27:18] Joe Seinitz: That's Steve's choice not to communicate..

[4.4.2025, 12:27:28] Rodney: Joe. I told you yesterday he what's Marina rent lowered to do that and accept plan.
[4.4.2025, 12:27:39] Joe Seinitz: That wasn't the plan
[4.4.2025, 12:28:06] Rodney: Nothing has been finalized since I said that less than a day ago.
[4.4.2025, 12:28:10] Joe Seinitz: It's in my contract I'm not playing his stupid games .. I can play games as well and nobody is gonna like it
[4.4.2025, 12:28:15] Rodney: Oli working on that
[4.4.2025, 12:28:19] Rodney: We trying.
[4.4.2025, 12:28:31] Rodney: Now the market is exploding so I have to go
[4.4.2025, 12:29:34] Rodney: So Oli. Just let me know if you want me to talk to him about Audi
[4.4.2025, 13:52:36] Joe Seinitz: I'm out
[4.4.2025, 13:54:30] Oli Hand: I just saw this now what is going on
[4.4.2025, 14:02:29] Rodney: I will call you both in 10 minutes
[4.4.2025, 14:15:07] Rodney: Missed voice call. 0 sec • 2 joined
[4.4.2025, 14:18:06] Joe Seinitz: I'm trying to get on call
[4.4.2025, 14:18:09] Joe Seinitz: Send again
[4.4.2025, 14:18:27] Joe Seinitz: Voice call. Answered on other device
[4.4.2025, 14:26:56] Rodney: Voice call. Answered on other device
[4.4.2025, 14:28:06] Joe Seinitz: Voice call. Answered on other device
[7.4.2025, 15:16:16] Oli Hand: Hey Joe, I and Rodney were trying to reach you for the meeting. We were going to have regarding the lease of Taylor Creek. Please let me know if you're free.
[7.4.2025, 15:17:14] Joe Seinitz: Give me 20 minutes
[7.4.2025, 15:17:25] Rodney: K
[7.4.2025, 15:17:43] Joe Seinitz: At doctors
[7.4.2025, 15:27:56] Joe Seinitz: Voice call. 12 min • 3 joined
[13.4.2025, 09:27:05] Oli Hand: good morning I just sent you all a email with draft 2 of contract for FP
[13.4.2025, 11:29:43] Joe Seinitz: Looks fine
[13.4.2025, 11:32:10] Oli Hand: No comments?
[13.4.2025, 11:35:09] Joe Seinitz: No it's not much different than the other one just the price change . We don't want a bunch of fluff
[13.4.2025, 11:35:28] Joe Seinitz: Straight to the point
[13.4.2025, 13:25:34] Rodney: Sorry. I am not any early riser on weekends. Agreed. Not much different. Looks fine. Send it. We need an answer from him.
[13.4.2025, 14:53:37] Oli Hand: Good morning Joe could you do me a favor and give me inventory on everything that's at Fort Pierce boats equipment, cars and show on thank you
[14.4.2025, 00:16:14] Joe Seinitz: You guys want to have a call with Cody with out me ?
[14.4.2025, 00:17:01] Oli Hand: Steve wants to talk to him
[14.4.2025, 00:18:14] Joe Seinitz: He doesn't want to do business with Steve just like I said .. why push it
[14.4.2025, 00:19:00] Oli Hand: I would recommend that you I Rodney and Steve have a call this is not working like this
[14.4.2025, 00:19:55] Joe Seinitz: Why have call with you all and not Cody as well ?
[14.4.2025, 00:21:26] Oli Hand: You and Steve need to talk and Cody is not a part of that. This business is not working if the team can not communicate
[14.4.2025, 00:21:30] Rodney: I just hung up

With him. I know you are committed. Just need to know if we have him. He was receptive to a call Tuesday
[14.4.2025, 00:21:57] Rodney: Just need clarity to proceed
[14.4.2025, 00:22:02] Rodney: That's all
[14.4.2025, 00:22:40] Joe Seinitz: I won't talk to Steve after how he talked to me .. too much bullshit .. you 3 can call me and Cody on a conference call on Tuesday
[14.4.2025, 00:22:55] Rodney: Is it 3 or 4. That's the reason for the call.
[14.4.2025, 00:23:10] Rodney: Then Joe, how can u work for him
[14.4.2025, 00:23:38] Joe Seinitz: Ask Steve
[14.4.2025, 00:24:05] Oli Hand: Jesus we have to stop this. We are trying to run this and make it work
[14.4.2025, 00:24:16] Joe Seinitz: Tell Steve. That
[14.4.2025, 00:24:17] Rodney: I will add you to call if possible. Then Tuesday is calirty day
[14.4.2025, 00:24:18] Joe Seinitz: Not me
[14.4.2025, 00:24:35] Joe Seinitz: Steve needs to quit being a bitch
[14.4.2025, 00:24:59] Rodney: Let's do all 5 on call. Only way to figure it all out
[14.4.2025, 00:25:23] Rodney: Oli. Call you tomorrow and we set up call with all 5.
[14.4.2025, 00:25:28] Joe Seinitz: Leave Steve out of our conversation he has nothing good to say
[14.4.2025, 00:25:36] Rodney: Good night guys
[14.4.2025, 00:25:48] Joe Seinitz: Usless
[14.4.2025, 00:25:53] Oli Hand: I need the inventory tomorrow.
[14.4.2025, 00:26:08] Oli Hand: And Joe please let's make this work
[14.4.2025, 00:26:13] Oli Hand: Good night
[14.4.2025, 00:26:35] Rodney: Please get him the in veo
[14.4.2025, 00:26:43] Rodney: Inventory
[14.4.2025, 00:27:17] Joe Seinitz: I'm done for the night .. don't drop this shit on a Sunday
[14.4.2025, 00:27:30] Oli Hand: For FP
[14.4.2025, 00:27:39] Joe Seinitz: For what
[14.4.2025, 00:28:34] Rodney: He asked you before Joe
[14.4.2025, 00:28:53] Oli Hand: All the stuff that's there we need it to have some idea of what is there and what it is worth so we can do a proper business plan
[14.4.2025, 00:30:30] Joe Seinitz: Sure I will write up an inventory tomorrow for what you need ! And what does this have to do with a business plan .. but whatever
[14.4.2025, 00:32:36] Oli Hand: Professionalism

- Shows you're running your startup seriously.
- Investors expect it — leaving it out looks unprepared or disorganized.

[14.4.2025, 00:33:33] Joe Seinitz: I don't understand what you're saying . Simone most transparent person here in this group
[14.4.2025, 00:34:25] Joe Seinitz: Start up to what .. a rental business that went south because Steve never got the boats right ?
[14.4.2025, 00:36:13] Joe Seinitz: You make no sense to me ! This isn't a start up business as Steve tells you .. this is another business that will fail because lack of funding and lack of resources..
[14.4.2025, 00:36:41] Oli Hand: This is exactly a start up

[14.4.2025, 00:37:35] Joe Seinitz: No it’s not .. it’s. Failed business from
The beginning
[14.4.2025, 00:37:57] Joe Seinitz: The rental business was a start up and it failed
[14.4.2025, 00:38:22] Oli Hand: Joe let's talk tomorrow
[14.4.2025, 00:38:52] Joe Seinitz: No boats failed to find and supply boats .. Rodney and I did all the paperwork necessary for it to start
[14.4.2025, 00:58:30] Joe Seinitz: This going behind my back shit Rodney isn’t working.. I’m
Not surprised though