# EXHIBIT 4

[1.1.2025, 16:21:55] Oli Hand: <attached: 00004925-PHOTO-2025-01-01-16-21-55.jpg>
[2.1.2025, 18:40:30] Joe Seinitz: Call me
[2.1.2025, 18:40:43] Oli Hand: Voice call. 5 min
[3.1.2025, 14:47:37] Joe Seinitz: Voice call. 5 min
[3.1.2025, 14:58:08] Oli Hand: Voice call. 15 min
[3.1.2025, 15:43:47] Joe Seinitz: Voice call. 2 min
[3.1.2025, 15:46:13] Oli Hand: <attached: 00004931-VIDEO-2025-01-03-15-46-13.mp4>
[3.1.2025, 16:01:20] Oli Hand: Joe pick up the phone
[3.1.2025, 16:07:36] Oli Hand: <attached: 00004933-PHOTO-2025-01-03-16-07-36.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004934-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004935-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004936-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004937-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004938-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004939-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004940-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004941-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004942-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004943-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004944-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 16:11:02] Oli Hand: <attached: 00004945-PHOTO-2025-01-03-16-11-02.jpg>
[3.1.2025, 17:02:18] Oli Hand: The day before yesterday anchor out of Key Biscayne garage door open and sun bench out. This is not a sea trial <attached: 00004946-PHOTO-2025-01-03-17-02-18.jpg>
[3.1.2025, 17:02:43] Oli Hand: Voice call. 13 min
[3.1.2025, 19:07:13] Oli Hand: Voice call. 3 min
[3.1.2025, 22:17:06] Oli Hand: Hey Joe, there's a client coming with Luiz from Own Water to look at the boat tomorrow, so please do not be there ripping Jes a new one at the same time I will tell you what time they will be there when I know
[4.1.2025, 13:10:42] Oli Hand: Voice call. 8 min
[4.1.2025, 16:18:53] Oli Hand: Voice call. 32 sec
[4.1.2025, 19:06:38] Joe Seinitz: Voice call. 2 min
[4.1.2025, 19:09:34] Joe Seinitz: Voice call. 8 sec
[4.1.2025, 19:13:09] Joe Seinitz: Voice call. 3 min
[4.1.2025, 19:53:56] Joe Seinitz: Missed voice call. Tap to call back
[4.1.2025, 19:57:24] Joe Seinitz: Call me
[4.1.2025, 20:04:22] Oli Hand: Voice call. 10 min

[4.1.2025, 20:17:52] Oli Hand: <attached: 00004958-AUDIO-2025-01-04-20-17-52.opus>
[4.1.2025, 20:33:51] Joe Seinitz: Voice call. 11 min
[4.1.2025, 20:58:37] Oli Hand: Voice call. 4 min
[4.1.2025, 22:16:53] Joe Seinitz: Missed voice call. Tap to call back
[4.1.2025, 22:17:35] Joe Seinitz: Call me
[4.1.2025, 22:18:40] Oli Hand: Voice call. 7 min
[4.1.2025, 22:26:32] Oli Hand: So let's talk tomorrow I am going to bead
[4.1.2025, 22:29:28] Joe Seinitz: Ok
[4.1.2025, 22:30:00] Oli Hand: We just need to relax and do this the right way
[4.1.2025, 22:30:06] Oli Hand: Good night
[5.1.2025, 12:46:25] Joe Seinitz: Voice call. 10 min
[5.1.2025, 13:30:41] Joe Seinitz: Did you send the email
[5.1.2025, 13:44:58] Joe Seinitz: I have crew coming tomorrow to start on exterior, I have two stews coming to clean interior. I have Cody coming tomorrow change Oli on engines and both generators. I will send stew to buy some lite provisions such as water coffee sugar toilet paper etc ..
[5.1.2025, 14:16:22] Joe Seinitz: Also Melandi won't be returning to contessa
[5.1.2025, 14:45:40] Oli Hand: Ok did she call
[5.1.2025, 15:00:05] Oli Hand: Voice call. No answer
[5.1.2025, 15:21:33] Joe Seinitz: Voice call. 3 min
[5.1.2025, 16:23:21] Joe Seinitz: Voice call. 2 min
[5.1.2025, 17:21:45] Joe Seinitz: Voice call. 1 min
[5.1.2025, 18:13:20] Joe Seinitz: When did the boat return from Bahamas last trip with Steve
[5.1.2025, 18:13:32] Joe Seinitz: Need date asap
[5.1.2025, 18:15:58] Joe Seinitz: When it went to For Lauderdale for warranty work
[5.1.2025, 18:17:21] Oli Hand: Voice call. 2 min
[5.1.2025, 18:54:26] Oli Hand: Voice call. 2 min
[6.1.2025, 13:56:34] Joe Seinitz: Voice call. 3 min
[6.1.2025, 14:31:56] Joe Seinitz: Voice call. 4 min
[6.1.2025, 14:32:47] Oli Hand: Dear Anthony,

Happy New Year!

I wanted to inform you that we have terminated the captain's employment due to a breach of trust; he has been stealing from us. As a result, I need to find someone new to liaise with you regarding operations. In the meantime, I've included Joe, who oversees our security, in this email so that you have a point of contact for access to the boat.

There seem to be several issues that remain unresolved despite what the former captain had previously assured me. Specifically:

There appears to be a coolant leak near the main engine.
The salinity levels in the watermaker are still reportedly too high.
Would it be possible to arrange a phone call tomorrow to review these matters? Please let me know what time works best for you.

Best regards,
Oli

[6.1.2025, 14:38:46] Joe Seinitz: Voice call. 13 sec
[6.1.2025, 16:18:09] Joe Seinitz: Voice call. 4 min
[6.1.2025, 23:29:15] Oli Hand: Voice call. 3 min
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004988-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004989-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004990-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004991-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004992-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004993-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:46:17] Oli Hand: <attached: 00004994-PHOTO-2025-01-07-11-46-17.jpg>
[7.1.2025, 11:54:45] Joe Seinitz: Where did these come from ?
[7.1.2025, 11:56:07] Oli Hand: From the chef he called me and told me he was looking at his WhatsApp after I told him we let the captain go. He agrees that he thinks the captain has not been honest
[7.1.2025, 12:03:52] Joe Seinitz: □
[7.1.2025, 13:35:56] Oli Hand: Voice call. No answer
[7.1.2025, 13:44:05] Joe Seinitz: Voice call. 53 sec
[7.1.2025, 13:52:23] Joe Seinitz: Voice call. 59 sec
[7.1.2025, 15:28:03] Oli Hand: Voice call. 2 min
[7.1.2025, 17:23:40] Joe Seinitz: Voice call. 12 min
[7.1.2025, 17:38:52] Oli Hand: i just sent this to him now "Good day Captain could you please send me the your contract for the Contessa I need to see it regarding the vacation time you are asking for. I am working on the now. Thank you"
[7.1.2025, 17:42:36] Oli Hand: Voice call. 10 min
[7.1.2025, 18:18:49] Oli Hand: Hello Oli, did you guys give the listing fo the 100 Yacht to another company? This new listing just came up https://americanyachts.com/used-yachts-for-sale/2024-sunseeker-100-motoryacht/2826229/3/
[7.1.2025, 18:21:23] Oli Hand: Voice call. 1 min
[7.1.2025, 18:35:12] Oli Hand: <attached: 00005007-PHOTO-2025-01-07-18-35-12.jpg>
[7.1.2025, 18:41:07] Joe Seinitz: Voice call. 1 min
[7.1.2025, 18:43:15] Oli Hand: Voice call. 4 min
[7.1.2025, 18:50:06] Oli Hand: Voice call. 2 min
[7.1.2025, 19:41:59] Oli Hand: Voice call. 4 min
[8.1.2025, 17:32:45] Joe Seinitz: Voice call. 7 min
[8.1.2025, 18:49:25] Oli Hand: Voice call. 2 min
[8.1.2025, 18:50:19] Joe Seinitz: <attached: 00005014-PHOTO-2025-01-08-18-50-19.jpg>
[8.1.2025, 18:50:56] Joe Seinitz: <attached: 00005015-PHOTO-2025-01-08-18-50-56.jpg>
[8.1.2025, 18:57:27] Joe Seinitz: <attached: 00005016-PHOTO-2025-01-08-18-57-27.jpg>
[8.1.2025, 18:57:45] Joe Seinitz: <attached: 00005017-PHOTO-2025-01-08-18-57-45.jpg>

[8.1.2025, 18:58:02] Joe Seinitz: <attached: 00005018-PHOTO-2025-01-08-18-58-02.jpg>
[8.1.2025, 18:58:24] Joe Seinitz: <attached: 00005019-PHOTO-2025-01-08-18-58-24.jpg>
[8.1.2025, 18:58:32] Joe Seinitz: <attached: 00005020-PHOTO-2025-01-08-18-58-32.jpg>
[8.1.2025, 18:59:20] Joe Seinitz: Send this to Moore , these are the notes for case and case number police report number
[8.1.2025, 18:59:48] Joe Seinitz: And to Graham for the Jamaica Flag state send the police report number to them
[8.1.2025, 18:59:53] Oli Hand: Voice call. 2 min
[8.1.2025, 20:40:45] Oli Hand: I need Peter email address I can't find it
[8.1.2025, 20:45:11] Joe Seinitz: I
[8.1.2025, 20:45:25] Oli Hand: I found it Pieter.lab03@gmail.com
[8.1.2025, 20:45:54] Joe Seinitz: Yes
[8.1.2025, 21:31:26] Joe Seinitz: <attached: 00005028-PHOTO-2025-01-08-21-31-26.jpg>
[9.1.2025, 09:35:13] Oli Hand: Joe when did the first charters take place ? What days ?
[9.1.2025, 11:13:10] Joe Seinitz: Shortly after October 22
[9.1.2025, 15:06:24] Joe Seinitz: Missed voice call. Tap to call back
[9.1.2025, 15:14:24] Oli Hand: Voice call. 13 min
[9.1.2025, 17:13:18] Oli Hand: https://www.icloud.com/freeform/0a2x27RuyrPEN5eBzagOMd12w#Untitled_6
[9.1.2025, 17:14:19] Oli Hand: I just sent you a drawing of the camera setup after talking to Seve
[9.1.2025, 17:15:34] Oli Hand: 3 cameras 1 port side gangway 1 starboard side gangway facing back and one in the lounge facing back this is all that is needed
[9.1.2025, 17:16:21] Oli Hand: Maybe on in bridge facing front behind the captain chair
[9.1.2025, 17:30:49] Oli Hand: Voice call. 1 min
[9.1.2025, 21:43:32] Joe Seinitz: Voice call. 3 min
[10.1.2025, 11:01:53] Oli Hand: Joe please get this to the security and crew that you have on board. We must have the cabins ready for Steven’s guests, Also if you could send me Full names, email and phone numbers of the staff that is now working onboard the Contessa for easier communication
[10.1.2025, 11:01:53] Oli Hand: Subject: Preparation for Guests on Board Contessa

Dear all

The situation is as follows: This evening, four guests will be coming aboard Contessa and staying for a few days. These are Steven's business associates.

They will be staying in the guest cabins, so I kindly ask you to have those prepared for them. It’s important that everyone is aware of the following rules: smoking is not permitted on board, and shoes must be removed.

I’m not sure if these guests have been on a yacht before, so feel free to politely inform them about the rules and customs for being on board.

If you have any questions, please don’t hesitate to contact me. Ps Please send me you email address.

Best regards,
[10.1.2025, 11:02:05] Oli Hand: Guest_Rules_Yacht.pdf • 2 pages <attached: 00005041-Guest_Rules_Yacht.pdf>
[10.1.2025, 12:27:22] Joe Seinitz: I’ll communicate with the crew as not to confuse them
[10.1.2025, 12:28:10] Oli Hand: Good
[10.1.2025, 12:37:26] Joe Seinitz: Are these the two ladies from Scotland
[11.1.2025, 13:09:13] Joe Seinitz: Olafur, Cannyou type up 3 termination letters . Johnny English, Kyrylo Semenenko, Tania Pazmino I need for Wednesday morning
[11.1.2025, 13:09:41] Joe Seinitz: I need you to be the bad guy
[11.1.2025, 14:07:34] Joe Seinitz: Why are you ignoring me
[11.1.2025, 14:25:03] Oli Hand: because it is Saturday and I am taking care of the my grandchildren
[11.1.2025, 14:25:30] Joe Seinitz: Not a good enough excuse.. you should pay Steve to work for him □
[11.1.2025, 15:36:24] Oli Hand: send me info on full name and address of the ones you want the letter to go to and the reason for the termination and what is their last day of work and how will we pay the last paycheck
[13.1.2025, 17:15:37] Joe Seinitz: Can I still get termination letters
[13.1.2025, 17:15:59] Joe Seinitz: Need Wednesday AM
[13.1.2025, 17:17:01] Oli Hand: I will get them to you. I am doing it tomorrow I am throwing upp like crazy
[13.1.2025, 17:19:28] Joe Seinitz: Ugh that is a horrible illness .. what did you eat
[13.1.2025, 17:19:45] Joe Seinitz: Drink chicken broth when you can keep it down
[13.1.2025, 18:09:18] Oli Hand: Sushi □
[13.1.2025, 18:10:01] Joe Seinitz: There ya have it
[13.1.2025, 18:10:30] Joe Seinitz: Go back and beat the owner
[13.1.2025, 18:11:09] Joe Seinitz: Who has been on contessa
[13.1.2025, 18:12:16] Oli Hand: 3 guys from Scotland and Dave Morris as far as I know
[13.1.2025, 18:13:50] Joe Seinitz: Your buddy Mark Brown was onboard last night
[13.1.2025, 18:16:23] Joe Seinitz: Door , Toilet, water maker all waiting on parts. Climate control, water heater are working correctly. He is fixing the deck light port side. It has been corrupted by water. Was silicone sealed around cover rather than screws and gasket.
[13.1.2025, 18:17:33] Joe Seinitz: Any updates on your passport?
[13.1.2025, 18:17:54] Joe Seinitz: I’m heading back January 20
[13.1.2025, 19:27:47] Joe Seinitz: Any updates on meeting for Marina
[13.1.2025, 20:07:52] Oli Hand: No as soon as I get passport I will call them
[14.1.2025, 13:52:30] Joe Seinitz: Voice call. Answered on other device
[14.1.2025, 14:10:27] Joe Seinitz: image omitted
[14.1.2025, 14:11:43] Joe Seinitz: https://www.oceanmarine.com/detail.cfm?90Ft%2DSteel%2DCargo%2D%2DResearch%2DVessel%2D%2D%2D7041&product_id=8482&category_current=1&category_current_sub=55

[15.1.2025, 16:40:43] Joe Seinitz: Voice call. 3 min
[15.1.2025, 18:35:25] Joe Seinitz: What are you doing
[15.1.2025, 19:07:57] Joe Seinitz: All are gone except Fidel
[16.1.2025, 16:47:38] Joe Seinitz: Voice call. 4 min
[16.1.2025, 18:34:15] Oli Hand: Good morning Sir,

I hope you this message finds you well.

I kindly ask if there’s any news from settlement?

I hope this not get any making big issues because if they want because i love to face them on the court and tell them all the truth and all the risk they bring to crew and me and all illegal activities what they doing. Please i don’t like to gonthat far and all the crew from the previous and the current crew they gonna testify and on the court if this going to happen nit paying me. And we both know that what happen in bahamas etc etc.
I have all the evidence and crew .
I don’t want to go that far. Sir and i don’t want to be involved the flag here call me if you have time.
Kind regards,
Jess
[16.1.2025, 18:34:29] Oli Hand: But I don’t want to have this bigger and i know in the future they will need me. Like before they always call me and fixing their problem.
[16.1.2025, 18:35:07] Oli Hand: This from captain we need to press on the police to do their work
[16.1.2025, 19:12:56] Joe Seinitz: Don’t worry about his empty threats . Anything that happened on that boat that he claims is illegal only states that as the captain he was responsible for anything aboard the boat
[16.1.2025, 19:13:07] Joe Seinitz: In other words fuck him
[16.1.2025, 19:13:24] Joe Seinitz: He ripped us off for $150 k
[16.1.2025, 19:13:33] Joe Seinitz: Call me
[16.1.2025, 19:13:40] Oli Hand: Why do we not report him as illegal in the US ?
[16.1.2025, 19:14:04] Joe Seinitz: Because nobody cares
[16.1.2025, 19:14:12] Joe Seinitz: Just like his empty threats
[16.1.2025, 19:15:01] Joe Seinitz: If he goes to the police they will laugh and most likely arrest all of them
[16.1.2025, 19:26:47] Joe Seinitz: Tell Jess to walk away before it’s too late
[16.1.2025, 20:20:37] Joe Seinitz: Voice call. 8 min
[17.1.2025, 16:13:49] Joe Seinitz: Olafur
[17.1.2025, 17:10:11] Joe Seinitz: Voice call. 5 min
[17.1.2025, 20:30:45] Joe Seinitz: Voice call. 4 min
[21.1.2025, 11:57:51] Oli Hand: who of our staff are still on board the contessa?
[22.1.2025, 13:10:36] Oli Hand: I will not be able to make it to Florida until February I am going to Amsterdam regarding the Octopussy
[22.1.2025, 14:53:51] Oli Hand: Voice call. No answer
[22.1.2025, 15:00:27] Oli Hand: are you alive ?
[22.1.2025, 15:01:30] Oli Hand: can you send me the CV it looks like I have lost it

[22.1.2025, 15:24:20] Joe Seinitz: Sorry , My nose issues got worse .. ened up in surgery. Lost a lot of blood and fighting a very bad infection. I can really get stressed out right now .. give me a few days
[22.1.2025, 15:25:14] Oli Hand: Oh shit, get better Joe and take care
[23.1.2025, 07:16:51] Oli Hand: Hope you are feeling better
[23.1.2025, 16:37:28] Joe Seinitz: Voice call. 15 sec
[23.1.2025, 20:46:24] Joe Seinitz: Steve and my conversation please read and tell yes you agree <attached: 00005099-PHOTO-2025-01-23-20-46-24.jpg>
[23.1.2025, 20:46:25] Joe Seinitz: <attached: 00005100-PHOTO-2025-01-23-20-46-25.jpg>
[23.1.2025, 21:20:19] Joe Seinitz: Respond to Steve in a text saying Joe ZUK needs to go to Marina and fix camera issues
[23.1.2025, 21:20:36] Joe Seinitz: I’m waiting so I can purchase his flight now
[24.1.2025, 02:40:13] Joe Seinitz: From Steve to Jenn the stew onboard.. she is not a certified stew .. but you can handle

When I spoke with Steve it sounded like I'll be cooking and stewardess, not sure if the pay is the same.
[24.1.2025, 06:10:37] Oli Hand: Why do we not get someone local to do this 600 airfare plus pay is a lot when you could most likely get someone for less locally
[24.1.2025, 13:42:50] Joe Seinitz: Because he is my friend and is trusted and knows Steve and his mom and brother and has done all work in chicago properties <This message was edited>
[24.1.2025, 13:43:14] Joe Seinitz: And does it right and perfect if wrong he comes a fixed a shit
[24.1.2025, 13:44:03] Joe Seinitz: Why is 600$ an issue when we waste $6 million on bs
[24.1.2025, 13:44:59] Joe Seinitz: Why are we paying Fon Fidel $10k a month who does nothing
[24.1.2025, 13:45:08] Joe Seinitz: Want me to keep going
[24.1.2025, 14:00:32] Joe Seinitz: OLAFUR
[24.1.2025, 14:00:52] Joe Seinitz: Stop Fkn with my blood pressure
[24.1.2025, 14:11:55] Oli Hand: Hey Joe, I just think it's very stupid to fly a guy in from Chicago to put the security camera when it can be done locally. So why don't you find someone local get the price and see the price difference? But this is up to you I cannot agree on this
[24.1.2025, 14:18:29] Joe Seinitz: He already installed the system long ago .. he is relocating existing cameras and going to look at the front gate to see what it will cost to work again … this gate is what the current customers are asking for the be fixed first. They want key card access for security reasons ..
[24.1.2025, 14:18:55] Joe Seinitz: It’s will cost us more money to hire a new person to come and do this work
[24.1.2025, 14:19:38] Joe Seinitz: Also down the road he will most likely be working for us after he retires from Com Cast he’s a fiber optic engineer
[24.1.2025, 14:22:21] Oli Hand: Like I said I think this is not vice I am sure there is a local contractor that can do this but up to you. You run the marina

[24.1.2025, 14:25:37] Joe Seinitz: It makes sense to have the same guy who works on all Ivankovich family cameras and will be installing Colorado and Islamorda very soon
[24.1.2025, 14:26:11] Oli Hand: Like I said you run the marina
[24.1.2025, 14:31:20] Joe Seinitz: Call me
[24.1.2025, 14:31:46] Oli Hand: In meeting in Amsterdam 2 hours
[24.1.2025, 14:31:57] Joe Seinitz: Ugh
[24.1.2025, 14:32:14] Joe Seinitz: If I start stress eating again you're in trouble
[24.1.2025, 14:32:33] Joe Seinitz: I'm supposed to manage my stress
[24.1.2025, 14:57:29] Joe Seinitz: Paint spray booth we set up in back of shop for professional painting <attached: 00005124-VIDEO-2025-01-24-14-57-29.mp4>
[24.1.2025, 14:57:57] Joe Seinitz: Finished product <attached: 00005125-PHOTO-2025-01-24-14-57-57.jpg>
[24.1.2025, 14:58:12] Joe Seinitz: Finished product <attached: 00005126-PHOTO-2025-01-24-14-58-12.jpg>
[24.1.2025, 14:58:40] Joe Seinitz: Finished product <attached: 00005127-PHOTO-2025-01-24-14-58-40.jpg>
[24.1.2025, 14:59:33] Joe Seinitz: If we continue to do excellent work on small repairs we will do very well in this division of the marina
[24.1.2025, 15:00:17] Joe Seinitz: We installed new graphics as well in the new paint and repiar of this Yamaha cover
[24.1.2025, 15:00:58] Joe Seinitz: Tommy could never compare to what we can do in fort Pierce
[24.1.2025, 15:56:36] Oli Hand: Voice call. 11 min
[24.1.2025, 16:57:44] Joe Seinitz: Is Keegan and Jenn staying on the contessa for good ? I need to plan for replacing at marina if so
[25.1.2025, 15:08:53] Joe Seinitz: So Katie is pregnant
[27.1.2025, 13:48:10] Joe Seinitz: Missed voice call. Tap to call back
[27.1.2025, 13:55:08] Oli Hand: Voice call. 5 min
[27.1.2025, 15:52:28] Joe Seinitz: Call me when you have time
[27.1.2025, 15:53:07] Oli Hand: Hey Joe, as soon as I've spoken to the captain, I'm interviewing I will call you. I have a call with him in about five minutes.
[27.1.2025, 17:06:27] Oli Hand: Voice call. 11 min
[27.1.2025, 20:29:40] Oli Hand: Hey Joe, I need you to send me a document with the names of all the crew members that were working on the octopus when it was in Starboard yacht group Marina for the refit. This is very important for the case that Moore And Co working on. They need to interview everybody that had something to do with the refit. They will also be calling youto talk to you about the way things were done.
[28.1.2025, 00:45:56] Joe Seinitz: I sent that list to Caycie over a year ago
[28.1.2025, 10:50:39] Oli Hand: Please forward that email to me
[28.1.2025, 13:27:12] Joe Seinitz: I will find and send , I will tell you that all of these employees have been fired or quit and I guarantee not one will respond with being helpful
[28.1.2025, 13:27:58] Oli Hand: Not too bad because you really need them
[28.1.2025, 13:39:49] Joe Seinitz: Jermaine will be ok the engineer
[28.1.2025, 13:39:58] Joe Seinitz: Probably the most important
[28.1.2025, 13:40:31] Joe Seinitz: Josip as well
[28.1.2025, 13:41:23] Oli Hand: Ok send me the full names and the contact info

[28.1.2025, 13:41:24] Joe Seinitz: Are you going to Turkey about the Aqua form builds as well
[28.1.2025, 13:59:52] Oli Hand: I could do that
[28.1.2025, 15:02:14] Joe Seinitz: Missed voice call. Tap to call back
[29.1.2025, 14:29:07] Joe Seinitz: Voice call. 12 min
[29.1.2025, 21:33:50] Joe Seinitz: This girl Jenn is not going to be able to work on contessa unless Steve just pays here himself
[29.1.2025, 21:34:50] Oli Hand: I have no idea who she is
[29.1.2025, 21:46:08] Joe Seinitz: The stew in contessa who cooks
[29.1.2025, 21:46:16] Joe Seinitz: Who has no Certs
[29.1.2025, 21:46:23] Joe Seinitz: She is there with Keegan
[29.1.2025, 21:46:30] Oli Hand: Ok
[29.1.2025, 21:46:56] Oli Hand: So we have to find some that can stay
[29.1.2025, 21:52:26] Joe Seinitz: I guess
[29.1.2025, 21:52:34] Joe Seinitz: That's your deal
[29.1.2025, 21:52:46] Joe Seinitz: She is not stew material
[29.1.2025, 21:52:51] Joe Seinitz: Maybe deck hand
[30.1.2025, 09:55:25] Oli Hand: Hey Joe could you get the paperwork back to Steven that he sent to you he needs it signed and sent to him. Thank you.
[30.1.2025, 13:42:53] Joe Seinitz: Voice call. Answered on other device
[30.1.2025, 21:26:56] Oli Hand: You deleted this message.
[30.1.2025, 21:38:18] Oli Hand: Hey Joe,

Salesman from Islamorada needs to come and inspect the boats. Steve has asked him to sell them for him, so he needs to take pictures and see them in person.

Can you make sure he gets access to them and any assistance he needs with this?
[30.1.2025, 22:21:16] Joe Seinitz: Sure
[30.1.2025, 22:21:24] Joe Seinitz: When is he coming
[30.1.2025, 22:21:43] Oli Hand: I will ask him to call you
[31.1.2025, 10:23:31] Oli Hand: Joe could we store the engines for the Octopussy at FP this is the info on them Qty 2.  20'L X 7'W x 10' H

QT 2 7'L X 7'W X 6' H

QTY 2  4'w X 4W X  4' H
[31.1.2025, 11:26:02] Joe Seinitz: If we need to yes
[31.1.2025, 11:40:56] Oli Hand: Ok and the security is ok for this
[31.1.2025, 11:45:32] Joe Seinitz: Yes I'll put in a. Bay .. or we would have to pay to store somewhere else . Makes no sense not to keep there
[31.1.2025, 11:45:50] Joe Seinitz: That is one of the reasons we got the place
[31.1.2025, 11:47:55] Joe Seinitz: When will they ship
[31.1.2025, 14:22:55] Joe Seinitz: Voice call. Answered on other device
[31.1.2025, 14:29:59] Oli Hand: Shipyard Maldives Business Plan Template.docx • 4 pages <attached: 00005177-Shipyard Maldives Business Plan Template.docx>
[31.1.2025, 15:56:37] Oli Hand: You deleted this message.
[31.1.2025, 16:00:34] Joe Seinitz: Oh WTF
[31.1.2025, 16:01:12] Oli Hand: what
[31.1.2025, 16:02:17] Oli Hand: Hello Antonio,

Thank you for your message. As Nicolas has probably told you, we have five boats in Florida that we are ready to sell in the near future. It would be best if you could visit Taylor Creek Marina in Fort Pierce:
 1600 N 2nd St, Fort Pierce, FL 34950
 Google Maps Link

There, you can familiarize yourself with the boats, take pictures, and gather all necessary information. The boats are as follows:

Brand new Cobia 32 feet – fully loaded
28-foot IMG center console
42-foot IMG center console
42-foot IMG center console
42-foot Salpa RIB boat
It is best to contact the general manager on-site, Joe, at +1 (847) 971-1834. He is expecting your call, so just let him know that I gave you his number. You can then arrange a time to inspect the boats.

If you need any further information after viewing the boats, please don't hesitate to reach out to me.

Best regards,
Ólafur
[31.1.2025, 16:02:48] Oli Hand: sorry I copied the wrong text 
[31.1.2025, 16:04:10] Joe Seinitz: Got ya
[31.1.2025, 16:04:15] Joe Seinitz: Good plan
[31.1.2025, 20:29:48] Oli Hand: Oli, this an SALPA RIB for sale in Ft. Pierce asking 400,000 usd ; but HMY is exclusive dealer . Do you confirm yhe boat as my picture? file:///C:/Users/Antonio/Desktop/2024-salpa-rib-42-power-9409479-20240531095045158-1_XLARGE.webp
[31.1.2025, 20:30:00] Oli Hand: Is this our boat ???
[31.1.2025, 20:30:31] Oli Hand: <attached: 00005187-PHOTO-2025-01-31-20-30-31.jpg>
[31.1.2025, 20:31:59] Oli Hand: Voice call. 1 min
[31.1.2025, 20:33:33] Oli Hand: Not our boat
[31.1.2025, 21:53:10] Joe Seinitz: Nope
[31.1.2025, 21:53:38] Joe Seinitz: Not even the same motors
[3.2.2025, 15:24:34] Oli Hand: Hey Joe we need the names and contact for crew of Octopussy this is most important for the case
[4.2.2025, 07:20:18] Oli Hand: Hey are you alive?
[4.2.2025, 07:20:42] Oli Hand: Has Matt sent you his ideas for the marina ?
[4.2.2025, 11:12:58] Joe Seinitz: No
[4.2.2025, 11:14:12] Joe Seinitz: I don't think they know what they need
[4.2.2025, 11:14:43] Joe Seinitz: Same shit going on , management still fucking with us ..
[5.2.2025, 16:36:44] Joe Seinitz: What's your ETA to Florida
[5.2.2025, 16:37:16] Oli Hand: I will know as soon as Matt sends the ideas 
[5.2.2025, 16:37:48] Oli Hand: I am not coming unless I can prepare
[5.2.2025, 18:26:01] Joe Seinitz: Did you ask him again
[5.2.2025, 18:42:36] Oli Hand: You are the Manager of the marina so please ask him I am not going to come unless there is a reason

[5.2.2025, 21:58:28] Joe Seinitz: Stop whining Olafur
[5.2.2025, 21:58:58] Joe Seinitz: You have a yacht you need to attend to in Miami
[5.2.2025, 22:03:06] Joe Seinitz: Hey Crabby, call me
[5.2.2025, 22:03:56] Joe Seinitz: Matt, Is send an email tonight with a plan
[5.2.2025, 23:29:05] Joe Seinitz: Where are you
[6.2.2025, 02:11:22] Oli Hand: Turkey and we are attending to the yacht
[6.2.2025, 12:14:44] Joe Seinitz: What yacht
[6.2.2025, 12:19:05] Oli Hand: The Octopussy
[6.2.2025, 12:19:36] Oli Hand: <attached: 00005211-PHOTO-2025-02-06-12-19-36.jpg>
[6.2.2025, 12:22:28] Joe Seinitz: Where you going now
[6.2.2025, 12:22:45] Joe Seinitz: Did you find out about the rib boats
[6.2.2025, 12:23:12] Oli Hand: Yes we are working on it looks good
[6.2.2025, 12:23:22] Oli Hand: Home □
[6.2.2025, 12:24:59] Joe Seinitz: Did you get that email from Matt
[6.2.2025, 13:02:07] Oli Hand: From our perspective, everything suggested for IMG is already what we are doing—there’s nothing new in this except for setting up the entrance gate and deciding whether we open the Tiki ourselves or lease it to someone else.

This doesn’t seem like a reason to call for a full meeting. What we really need is access to the dock and to ensure that the service provided to us is in good shape. This all just seems like common sense to me.
[6.2.2025, 13:51:58] Joe Seinitz: I agree and sharing the service provided revenue is not what I had in mind .. it’s a win win for them not us
[6.2.2025, 13:52:32] Oli Hand: Yes so let's talk tomorrow morning your time
[6.2.2025, 13:52:46] Joe Seinitz: Ok
[6.2.2025, 13:53:32] Joe Seinitz: We have the potential to make a lot of money off rentals and services not limited to a maintenance service program with each individual boat in Marina
[6.2.2025, 13:53:58] Oli Hand: Yes □
[6.2.2025, 13:54:25] Joe Seinitz: Right now we are just small doing little things , I see us growing very quickly if we move forward with what I mentioned above..
[6.2.2025, 13:55:27] Oli Hand: I agree but let's talk and figure this out
[6.2.2025, 13:59:25] Joe Seinitz: Sounds good
[7.2.2025, 15:16:31] Oli Hand: Group call. 2 invited
[8.2.2025, 13:35:17] Joe Seinitz: Missed voice call. Tap to call back
[8.2.2025, 13:37:01] Oli Hand: Weekend with grand Children
[8.2.2025, 13:46:26] Joe Seinitz: Cool , call Monday before my meeting at 10am EST
[8.2.2025, 13:49:14] Oli Hand: Ok
[10.2.2025, 17:36:58] Oli Hand: Voice call. 7 min
[10.2.2025, 20:50:06] Joe Seinitz: Missed voice call. Tap to call back
[10.2.2025, 20:50:16] Joe Seinitz: Call me
[10.2.2025, 20:50:57] Joe Seinitz: Do we have a IMG logo ?
[10.2.2025, 21:06:03] Oli Hand: No
[10.2.2025, 21:06:37] Oli Hand: Let's not ask them to print the sign until we have made the deal with them so I will ask somebody to make a local but until we have a paper signed then I don't see the reason we should rush with this with the sign on the building

[10.2.2025, 22:29:45] Joe Seinitz: Yup
[12.2.2025, 15:04:58] Joe Seinitz: Missed voice call. Tap to call back
[12.2.2025, 15:08:56] Joe Seinitz: Olafur
[12.2.2025, 15:31:46] Oli Hand: Voice call. No answer
[12.2.2025, 15:32:18] Joe Seinitz: Voice call. 10 min
[12.2.2025, 20:23:58] Joe Seinitz: The tender needs to come back to Marina for repairs .. I asked the crew to drive boat frequently and they didn't do so ..
[12.2.2025, 20:25:05] Oli Hand: what is wrong with it
[12.2.2025, 20:35:22] Joe Seinitz: It's wasn't ran like i told them to
[12.2.2025, 21:13:04] Joe Seinitz: Coty , is going to send me an email about the contessa and the neglect of maintenance. He unfroze 7 sea cocks and there is a lot more work to be done .. that boat can't just sit either
[13.2.2025, 12:53:09] Joe Seinitz: Stop blowing up Steve's phone
[13.2.2025, 12:53:31] Oli Hand: You planted the boom :)
[13.2.2025, 12:53:39] Oli Hand: 😍😀
[13.2.2025, 12:56:30] Joe Seinitz: Well who hired the Captian ? Steve?
[13.2.2025, 12:56:53] Oli Hand: Yes
[13.2.2025, 12:57:35] Joe Seinitz: He should leave the hiring to you
[13.2.2025, 12:58:04] Joe Seinitz: I was pointing it out to him that this guy is no good and doesn't like that
[13.2.2025, 13:00:49] Joe Seinitz: I'm having the captain send me a list of cleaning supplies and copy you in email
[13.2.2025, 13:02:47] Oli Hand: ok I am going to a funeral in 1 hour then I am out of contact for 4 hours
[13.2.2025, 13:04:10] Joe Seinitz: Why is everyone dying
[13.2.2025, 13:06:47] Oli Hand: we are getting older
[14.2.2025, 04:36:51] Oli Hand: Did you check if Paurush is at the Boat Show ?
[14.2.2025, 20:31:26] Oli Hand: Voice call. No answer
[14.2.2025, 20:32:19] Oli Hand: Joe
[14.2.2025, 20:32:25] Joe Seinitz: I'll call you tomorrow, out with wife
[14.2.2025, 20:32:36] Oli Hand: Lies
[14.2.2025, 20:32:47] Joe Seinitz: More
[14.2.2025, 20:32:47] Oli Hand: Oh yes, it's Valentine's Day. Sorry.
[14.2.2025, 20:32:56] Joe Seinitz: Yes
[14.2.2025, 20:33:02] Joe Seinitz: Take your wife out
[14.2.2025, 20:33:05] Oli Hand: Americans need a day to tell your wife you love her
[15.2.2025, 14:13:00] Joe Seinitz: Voice call. Answered on other device
[15.2.2025, 18:41:41] Oli Hand: Voice call. 30 min
[16.2.2025, 10:29:26] Oli Hand: <attached: 00005269-PHOTO-2025-02-16-10-29-26.jpg>
[16.2.2025, 13:07:24] Joe Seinitz: Nice pup
[18.2.2025, 19:55:22] Joe Seinitz: Did you Create for Marina on last meeting
[18.2.2025, 19:56:24] Oli Hand: What??
[18.2.2025, 19:58:06] Joe Seinitz: Voice call. 3 min
[19.2.2025, 06:47:57] Oli Hand: Doc5.docx • 1 page <attached: 00005274-Doc5.docx>
[19.2.2025, 13:32:48] Joe Seinitz: Looks good Oli
[19.2.2025, 15:33:19] Joe Seinitz: Missed voice call. Tap to call back
[19.2.2025, 15:33:29] Oli Hand: Sorry, I can't talk right now.
[19.2.2025, 15:33:41] Oli Hand: In meeting

[19.2.2025, 17:08:55] Joe Seinitz: Give me a call
[19.2.2025, 17:09:17] Oli Hand: Still in meeting
[19.2.2025, 17:09:37] Joe Seinitz: When done
[19.2.2025, 17:23:19] Oli Hand: Voice call. 14 min
[19.2.2025, 18:02:44] Joe Seinitz: <attached: 00005283-PHOTO-2025-02-19-18-02-44.jpg>
[19.2.2025, 18:03:26] Oli Hand: WTF
[19.2.2025, 18:03:57] Joe Seinitz: Also can you have Keegan come and pick up the trailer from Marina and bring back the Tender to Marina . He can pick up the cleaning supplies order as well .. we don’t have the time to do this and he does
[19.2.2025, 18:04:23] Oli Hand: Ok
[19.2.2025, 18:04:36] Joe Seinitz: I had all the brushes marked for free
[20.2.2025, 13:50:45] Joe Seinitz: I was just speaking with Steve , before you run off to National marine . I will have Oli set up an account with my guy who is mobile and delivers .. it’s half the price of National marine
[20.2.2025, 13:51:04] Joe Seinitz: This was to the Captain.
[20.2.2025, 13:51:43] Joe Seinitz: I cancelled the order for the contessa on cleaning supplies..
[20.2.2025, 13:52:51] Joe Seinitz: Steve said to speak with you about you setting up a new account for contessa. It’s the same company I use for Marina ..
[20.2.2025, 13:55:06] Oli Hand: Voice call. 8 min
[20.2.2025, 14:02:15] Joe Seinitz: 10 deck cleaner
10 salt remover rubber
10 rubber inflatable boat cleaner
10 aluminum cleaner
10 salt remover soap
10 mildew remover
5 rust remover
20 gallons of soap
20 bags of microfiber towels
2 water blades
Thank you for thanking of us I will get this to you Thursday
[20.2.2025, 19:26:50] Joe Seinitz: When are we quitting
[20.2.2025, 19:28:27] Oli Hand: Why ?
[20.2.2025, 19:33:07] Joe Seinitz: Call me when you can
[20.2.2025, 19:33:32] Oli Hand: Dinner then I will call
[20.2.2025, 20:03:26] Oli Hand: Voice call. 16 min
[21.2.2025, 14:23:45] Joe Seinitz: Missed voice call. Tap to call back
[21.2.2025, 14:24:08] Oli Hand: Voice call. 16 min
[21.2.2025, 14:56:04] Joe Seinitz: Did he answer
[21.2.2025, 14:56:26] Oli Hand: no I am sending him a messages
[21.2.2025, 15:00:32] Joe Seinitz: I’m also assuming that we will never get any boats from Turkey at this point !
[21.2.2025, 15:00:59] Joe Seinitz: We have to change up our plan to fall back
[21.2.2025, 15:10:13] Oli Hand: Joe let's see what happens
[21.2.2025, 15:16:13] Oli Hand: Voice call. 16 min
[21.2.2025, 15:57:04] Joe Seinitz: It’s going to be hard to to HIN these Aqua form boats. they are manufactured boats .
If we apply for a HIN because there isn’t one on the shell the coast guard will have to inspect and know they are a pre manufactured boat . These boats are useless and not worth building

[22.2.2025, 15:16:59] Joe Seinitz: Voice call. 25 min
[23.2.2025, 17:29:11] Joe Seinitz: Hey , Do you think Moore really has the paperwork for the 28' IMG ?
[23.2.2025, 17:29:27] Oli Hand: No idea
[23.2.2025, 17:30:12] Joe Seinitz: Let's see if this deal goes through and then I'll pass it off and not worry about it after that .
[23.2.2025, 17:30:48] Oli Hand: FYI I am having a tooth operation tomorrow so I am out of order until Tuesday
[23.2.2025, 17:31:02] Joe Seinitz: Oh boy that's gonna hurt
[23.2.2025, 17:31:19] Oli Hand: I know pulling a tooth
[23.2.2025, 17:31:35] Joe Seinitz: Are they going to replace it or is in the back
[25.2.2025, 13:59:02] Joe Seinitz: Voice call. 27 min
[25.2.2025, 14:35:16] Joe Seinitz: Joaquin is here at marina , Speaking with Steve about setting up the provision business in Cuba □□
[25.2.2025, 16:15:22] Oli Hand: Voice call. 4 min
[25.2.2025, 18:22:46] Joe Seinitz: Missed voice call. Tap to call back
[26.2.2025, 06:36:41] Oli Hand: Urgent: Documents on Aquaform and Arrow Boats

Hi Joe,

This is an absolute priority. We need to compile all the documents you have regarding Aquaform's purchase of boats and accessories, as well as everything you have on Arrow boats. This is for discovery, which needs to be submitted by Monday.
We must have this finalized before the weekend, preferably by the end of the workday on Friday, so we have time to review it.
Thanks for handling this.
[26.2.2025, 09:45:36] Oli Hand: Voice call. No answer
[26.2.2025, 10:13:25] Joe Seinitz: What are you calling me so early ? Also I didn't have anything to do with Dubai boats whatsoever! Chuck is who you need to ask for this
[26.2.2025, 10:13:57] Joe Seinitz: And Steve
[26.2.2025, 10:14:21] Oli Hand: Ok send me all you have on the Aquaform boats all invoices and documents
[26.2.2025, 10:17:14] Joe Seinitz: I never had anything on Aqua Form boats in Dubai
[26.2.2025, 10:18:10] Oli Hand: do not think about Dubai just all you have on any thing Aquaform related
[26.2.2025, 10:18:39] Joe Seinitz: That's all Nathan , I will ask him if he still has it
[26.2.2025, 10:18:59] Joe Seinitz: What is this regarding
[26.2.2025, 10:19:26] Oli Hand: The case that is in court
[26.2.2025, 10:19:45] Oli Hand: this is discovery for 12/5 we have to provide all the documents
[26.2.2025, 10:26:23] Joe Seinitz: Unbelievable that they don't have this shit already .. I'll ask Nathan what he has ..
[26.2.2025, 10:26:49] Joe Seinitz: This is why nothing ever worked !
[26.2.2025, 10:31:48] Joe Seinitz: Did you send Chuck this
[26.2.2025, 10:36:16] Oli Hand: Yes
[26.2.2025, 10:36:30] Joe Seinitz: I sent that text to Nathan
[26.2.2025, 10:37:01] Oli Hand: You have something right

[26.2.2025, 10:37:04] Joe Seinitz: Maybe you and Nathan should kiss and make up
[26.2.2025, 10:37:26] Oli Hand: I have nothing against Nathan
[26.2.2025, 10:37:34] Joe Seinitz: I don't have anything not dumb correspondence from Gary that would probably put Steve in jail
[26.2.2025, 10:38:20] Joe Seinitz: Gary should have just about everything he's the clown that got Steve in this mess
[26.2.2025, 10:38:30] Oli Hand: So you have no invoices or anything regarding the Aquaform boat?
[26.2.2025, 10:38:52] Joe Seinitz: I'll check
[26.2.2025, 11:30:50] Oli Hand: Joe did you singe a contract with Graham some years ago ?
[26.2.2025, 13:14:07] Joe Seinitz: Not that I'm aware of , maybe Steve did !
[26.2.2025, 13:14:09] Joe Seinitz: Missed voice call. Tap to call back
[26.2.2025, 13:40:12] Joe Seinitz: Call me
[26.2.2025, 14:00:42] Oli Hand: Voice call. 9 min
[26.2.2025, 15:36:22] Joe Seinitz: Voice call. Answered on other device
[26.2.2025, 16:04:53] Joe Seinitz: Missed voice call. Tap to call back
[26.2.2025, 16:07:28] Oli Hand: 40 min sorry
[26.2.2025, 16:25:05] Joe Seinitz: Everyone is going to jail
[26.2.2025, 16:25:26] Oli Hand: hehehe
[26.2.2025, 16:25:40] Joe Seinitz: Call when you're done
[26.2.2025, 17:15:24] Joe Seinitz: Missed voice call. Tap to call back
[26.2.2025, 17:15:38] Oli Hand: 10 min
[26.2.2025, 17:32:38] Oli Hand: Voice call. No answer
[26.2.2025, 17:34:42] Oli Hand: Voice call. 20 min
[26.2.2025, 19:03:15] Oli Hand: Voice call. 4 min
[26.2.2025, 19:05:34] Joe Seinitz: They knew we were working with the production in Dubai from when that was started. It was something Steve was happy for us to be explaining to make sure they knew we were coming up with solutions to the production issues that we were facing and all the extra costs. So in the beginning that was part of how we were keeping them laid off as we were investing money into the new parts and pieces and they didn't have to. That said anything that was Aquaform 2.0 or the arrow I don't know, I don't remember mentioning that.
[26.2.2025, 21:10:18] Joe Seinitz: $12 million for sun seeker ? Do you think Steve would bite
[26.2.2025, 23:08:23] Oli Hand: I will ask for not think so but don't hurt to ask
[26.2.2025, 23:12:36] Joe Seinitz: He said no
[27.2.2025, 14:18:43] Joe Seinitz: Oli
[27.2.2025, 14:19:01] Oli Hand: Voice call. 8 min
[27.2.2025, 14:36:37] Joe Seinitz: Missed voice call. Tap to call back
[27.2.2025, 14:49:08] Oli Hand: Voice call. 10 sec
[27.2.2025, 15:50:18] Joe Seinitz: Oli call me when you have a minute
[27.2.2025, 16:11:14] Joe Seinitz: Everything is imploding
[27.2.2025, 17:03:52] Joe Seinitz: Call me
[27.2.2025, 18:10:21] Oli Hand: Voice call. 9 min
[27.2.2025, 20:27:33] Joe Seinitz: The ship is sinking
[27.2.2025, 20:28:42] Joe Seinitz: Steve is hosting Katie's bday party march 8 big party catering event
[27.2.2025, 20:53:36] Oli Hand: Voice call. 3 min

[28.2.2025, 07:15:52] Oli Hand: Shore Support agreement_1 signed.pdf • 1 page <attached: 00005374-Shore Support agreement_1 signed.pdf>
[28.2.2025, 11:40:13] Joe Seinitz: No
[28.2.2025, 11:42:39] Joe Seinitz: That’s Steve’s name
[28.2.2025, 11:42:56] Oli Hand: He says it's not his signature
[28.2.2025, 11:43:13] Joe Seinitz: □♂
[28.2.2025, 11:43:23] Oli Hand: □♂
[28.2.2025, 11:43:37] Joe Seinitz: Not my problem
[28.2.2025, 12:00:43] Joe Seinitz: What’s the relevance of this , the Octopussy has been out of commission
[28.2.2025, 12:17:40] Joe Seinitz: Voice call. 9 min
[28.2.2025, 13:50:08] Joe Seinitz: <attached: 00005383-GIF-2025-02-28-13-50-08.mp4>
[28.2.2025, 19:17:15] Joe Seinitz: So the captain resigned
[28.2.2025, 19:53:08] Joe Seinitz: POLL:
Ship is sinking
OPTION: Yes (0 votes)
OPTION: No (0 votes)
[28.2.2025, 20:38:50] Joe Seinitz: Call me when you can
[28.2.2025, 21:06:59] Joe Seinitz: Voice call. 1 min
[1.3.2025, 13:43:12] Joe Seinitz: When is the captains last day ?
[1.3.2025, 13:43:36] Oli Hand: I am finding out
[1.3.2025, 13:43:46] Oli Hand: I am calling you in 30 min
[1.3.2025, 14:19:35] Oli Hand: Voice call. 7 min
[1.3.2025, 15:35:30] Joe Seinitz: You should tell Steve . I get calls from people everyday for the past 4.5 years on payroll never coming in a timely manner 1 to 2 months late.
I did speak with Keegan the other day at the marina when he dropped off tender . Cody asked him if he was paid yet ! Keegan said yes he was but Jenn wasn’t .
Cody told Keegan that he wasn’t paid and at this point it does t matter , ‟ he’s out ‟ ‟ not playing this stupid game anymore ‟
Keegan asked me if the future looks promising and I said “the ship is sinking ‟ I’ve never seen it this bad and I’m not going tell you some lie . That’s not how I am ! I’m very transparent with people and not telling them a lie for their own benefit and livelihood. If Steve has an issue with me being transparent he should call me and tell me why he thinks transparency is a bad thing .
[1.3.2025, 17:06:41] Joe Seinitz: Missed voice call. Tap to call back
[1.3.2025, 17:07:20] Oli Hand: 30
[1.3.2025, 17:07:25] Oli Hand: 30 min
[1.3.2025, 17:49:25] Oli Hand: Voice call. No answer
[1.3.2025, 18:05:14] Joe Seinitz: Voice call. 8 min
[1.3.2025, 18:07:28] Oli Hand: <attached: 00005398-VIDEO-2025-03-01-18-07-28.mov>
[1.3.2025, 18:07:34] Oli Hand: <attached: 00005399-VIDEO-2025-03-01-18-07-34.mov>
[2.3.2025, 14:13:24] Oli Hand: Voice call. 3 min
[2.3.2025, 14:44:57] Joe Seinitz: It wasn’t Keegan who discussed.
It’s either you or Rodney who is telling Steve what is discussed between us .. this information came unsolicited..
I’m no longer engaging with anyone .. I can’t trust anyone .
[2.3.2025, 14:45:43] Oli Hand: Take it easy ✌

[2.3.2025, 15:03:17] Joe Seinitz: I have my own way of smoking out the snitch .. also did you see my email response?
[2.3.2025, 15:04:08] Oli Hand: I saw your email and like I said do not make to much of this
[2.3.2025, 15:05:31] Joe Seinitz: I'm not going to. I would like to see his response to my email .. because he can't respond it's all baseless lies
[2.3.2025, 19:25:52] Oli Hand: Voice call. 4 min
[3.3.2025, 13:53:25] Joe Seinitz: What is this announcement group
[3.3.2025, 13:56:59] Oli Hand: It is a group for announcements across the company and no one can comment on the announcement. Just so we are all updated on what is going on and so on
[3.3.2025, 14:34:26] Joe Seinitz: Missed voice call. Tap to call back
[3.3.2025, 14:54:47] Oli Hand: Voice call. 3 min
[5.3.2025, 15:18:30] Joe Seinitz: Oli
[6.3.2025, 15:53:56] Oli Hand: Sorry was and am skiing
[7.3.2025, 17:26:51] Joe Seinitz: https://www.facebook.com/share/p/16AMfrMBsy/?mibextid=wwXIfr
[7.3.2025, 17:27:04] Joe Seinitz: Trade a IMG 40'
[7.3.2025, 22:13:24] Oli Hand: Voice call. 8 min
[9.3.2025, 15:32:08] Joe Seinitz: https://www.facebook.com/share/p/12J5ApMsHn6/?mibextid=wwXIfr
[9.3.2025, 15:32:21] Joe Seinitz: This could be a good one for the right price for resale
[9.3.2025, 15:32:28] Joe Seinitz: Or a good fishing boat
[10.3.2025, 15:49:05] Joe Seinitz: Are you still in the US
[10.3.2025, 16:08:18] Oli Hand: Voice call. No answer
[10.3.2025, 16:08:45] Oli Hand: Yes, just packing heading towards the airport in about an hour
[10.3.2025, 17:14:21] Joe Seinitz: Where are you heading?
[10.3.2025, 18:41:46] Oli Hand: □□
[10.3.2025, 20:27:28] Oli Hand: Voice call. 9 min
[11.3.2025, 12:10:07] Joe Seinitz: Voice call. 13 sec
[11.3.2025, 13:48:50] Oli Hand: Voice call. 19 min
[11.3.2025, 16:40:13] Joe Seinitz: Missed voice call. Tap to call back
[11.3.2025, 18:10:08] Joe Seinitz: Missed voice call. Tap to call back
[11.3.2025, 18:10:40] Oli Hand: Voice call. 7 min
[11.3.2025, 18:17:58] Oli Hand: Voice call. No answer
[11.3.2025, 18:18:15] Joe Seinitz: Voice call. 4 min
[11.3.2025, 19:02:06] Oli Hand: Voice call. No answer
[11.3.2025, 19:03:47] Joe Seinitz: Call you in 2 minutes
[11.3.2025, 19:04:11] Oli Hand: I will call you after dinner
[11.3.2025, 19:04:18] Joe Seinitz: Ok
[11.3.2025, 19:20:50] Oli Hand: Voice call. 4 min
[12.3.2025, 13:53:33] Joe Seinitz: Good morning, Please give me a call when you have a moment
[12.3.2025, 13:57:03] Oli Hand: Voice call. 18 min
[12.3.2025, 14:57:49] Joe Seinitz: So what happened
[12.3.2025, 16:00:42] Oli Hand: Voice call. 39 min
[12.3.2025, 16:54:14] Oli Hand: <attached: 00005441-PHOTO-2025-03-12-16-54-14.jpg>
[12.3.2025, 16:59:49] Joe Seinitz: Looks good
[12.3.2025, 17:02:28] Oli Hand: <attached: 00005443-VIDEO-2025-03-12-17-02-28.mp4>

[12.3.2025, 19:28:07] Oli Hand: Voice call. No answer
[12.3.2025, 19:29:09] Joe Seinitz: Call you back in a few at doctors
[12.3.2025, 19:29:16] Oli Hand: Hey Joe, spoke to Steve . He is asking for the two new quotes for the deck of the Salpa.
[12.3.2025, 19:30:31] Joe Seinitz: I'll send him one more quote , there aren't that many places out here that do that work he already has one .. I'll get it this week .. I'm guessing h e won't answer your question about me though
[12.3.2025, 19:34:59] Oli Hand: Voice call. No answer
[12.3.2025, 19:35:14] Joe Seinitz: Voice call. 1 min
[12.3.2025, 20:09:18] Joe Seinitz: Voice call. 18 min
[12.3.2025, 20:36:20] Joe Seinitz: What's the captains name
[12.3.2025, 20:36:35] Oli Hand: Harry
[12.3.2025, 20:36:46] Joe Seinitz: Last name
[12.3.2025, 20:36:55] Joe Seinitz: Gus might know him
[12.3.2025, 20:37:22] Oli Hand: Gilmore
[13.3.2025, 18:51:32] Joe Seinitz: Oli
[13.3.2025, 19:53:43] Oli Hand: Voice call. 8 min
[14.3.2025, 13:53:40] Joe Seinitz: Voice call. 2 min
[15.3.2025, 17:02:31] Joe Seinitz: https://www.google.com/search?q=delusion+when+you+believe+you+are+powerful&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari&sei=B6zVZ8fzFcyyptQPp4LDgAQ
[15.3.2025, 17:23:15] Oli Hand: ?
[15.3.2025, 17:34:01] Joe Seinitz: Busy work today Busy Busy Busy
[15.3.2025, 17:34:51] Oli Hand: Ok sorry let me know when you are done
[15.3.2025, 20:26:07] Joe Seinitz: Missed voice call. Tap to call back
[15.3.2025, 20:26:33] Oli Hand: Dinner <attached: 00005464-PHOTO-2025-03-15-20-26-33.jpg>
[15.3.2025, 21:02:17] Joe Seinitz: Nice enjoy
[15.3.2025, 22:35:15] Joe Seinitz: I'm guessing Steve is having you put out all of these useless directives for the marina .. wow
[16.3.2025, 10:17:43] Oli Hand: Let's get everything he needs to him so we can get this working. All I sent yesterday is important to get information for making a reliable business plan
[16.3.2025, 12:13:02] Joe Seinitz: Get my title and apartment done I don't like this bullshit
[16.3.2025, 12:13:40] Oli Hand: I have asked for it 2X
[16.3.2025, 12:14:39] Oli Hand: I am just trying to help you by gettin all the info to Steve
[16.3.2025, 12:18:10] Joe Seinitz: You're not helping me you're helping him fuck with me
[16.3.2025, 12:18:30] Joe Seinitz: Help me with what ??
[16.3.2025, 12:18:35] Oli Hand: Are you nuts
[16.3.2025, 12:18:43] Joe Seinitz: Get my shit from Steve
[16.3.2025, 12:18:48] Oli Hand: Sending the info he is asking for
[16.3.2025, 12:19:10] Oli Hand: He is not giving us anything until he has all this
[16.3.2025, 12:20:30] Joe Seinitz: Voice call. 1 hr
[16.3.2025, 12:51:20] Joe Seinitz: image omitted
[16.3.2025, 16:47:46] Joe Seinitz: So Jenn and Keegan were fired from Contessa .. I'm hearing it's a mess on that boat ..
[16.3.2025, 19:41:10] Oli Hand: Voice call. 3 min
[16.3.2025, 19:47:00] Joe Seinitz: Sent in email now
[16.3.2025, 20:53:51] Joe Seinitz: Good night □

[16.3.2025, 21:03:06] Oli Hand: You are old
[16.3.2025, 21:04:00] Oli Hand: How many Aquaform do we have that we can fix up in FP ?
[17.3.2025, 12:37:58] Joe Seinitz: 2 and I've asked for funding long ago … Nothing… stop wasting our time with this
[17.3.2025, 13:34:26] Joe Seinitz: Missed voice call. Tap to call back
[17.3.2025, 13:34:49] Oli Hand: 30 min
[17.3.2025, 13:34:59] Joe Seinitz: Ok boss
[17.3.2025, 14:09:36] Oli Hand: Voice call. 7 min
[20.3.2025, 17:35:28] Joe Seinitz: Why is the paralegal from Moore asking the whereabouts of the AquaForm boats ?
[20.3.2025, 17:39:22] Joe Seinitz: How do I know she is legit
[20.3.2025, 17:39:55] Oli Hand: Just send to Caycie
[20.3.2025, 17:40:04] Oli Hand: I will call you soon
[21.3.2025, 14:19:59] Joe Seinitz: Missed voice call. Tap to call back
[21.3.2025, 14:20:19] Oli Hand: Voice call. 1 min
[21.3.2025, 15:19:35] Joe Seinitz: Missed voice call. Tap to call back
[21.3.2025, 16:18:46] Joe Seinitz: Oli
[21.3.2025, 16:54:05] Joe Seinitz: Are you calling me back
[21.3.2025, 17:23:57] Oli Hand: I will I am in a family visit
[21.3.2025, 18:05:59] Oli Hand: Voice call. 20 min
[23.3.2025, 12:57:14] Oli Hand: Remember the HIN numbers!
[23.3.2025, 13:03:46] Joe Seinitz: I am unaware of any Aqua Form products
[23.3.2025, 13:04:09] Oli Hand: Ok
[23.3.2025, 13:04:53] Joe Seinitz: □
[23.3.2025, 13:04:55] Joe Seinitz: Call me
[23.3.2025, 13:10:26] Oli Hand: I will I two hours
[23.3.2025, 13:13:05] Joe Seinitz: Are you at church
[24.3.2025, 14:16:17] Oli Hand: Good day are things coming along with the maintenance info✌
[24.3.2025, 14:48:01] Joe Seinitz: Sending now check texts
[26.3.2025, 11:50:07] Joe Seinitz: Missed voice call. Tap to call back
[26.3.2025, 19:34:27] Oli Hand: Voice call. No answer
[27.3.2025, 10:42:46] Oli Hand: Voice call. No answer
[27.3.2025, 10:43:20] Oli Hand: Did you look at the B plan? ✌
[27.3.2025, 10:59:45] Joe Seinitz: Just got up call you in 30 minutes
[27.3.2025, 11:58:15] Joe Seinitz: Missed voice call. Tap to call back
[27.3.2025, 12:52:51] Oli Hand: I am on plan taking long weekend with wife in EU
[27.3.2025, 12:58:53] Joe Seinitz: Nice
[27.3.2025, 12:59:11] Joe Seinitz: No worries call at your convenience
[31.3.2025, 11:58:06] Joe Seinitz: Are you back home
[1.4.2025, 11:39:34] Joe Seinitz: Missed voice call. Tap to call back
[1.4.2025, 11:39:55] Oli Hand: <attached: 00005521-PHOTO-2025-04-01-11-39-55.jpg>
[1.4.2025, 11:40:26] Oli Hand: Landing in 3 hours call you then
[1.4.2025, 19:02:34] Oli Hand: Voice call. No answer
[1.4.2025, 20:06:54] Joe Seinitz: Voice call. 4 min
[2.4.2025, 14:41:15] Joe Seinitz: Missed voice call. Tap to call back
[2.4.2025, 14:41:42] Joe Seinitz: Call me
[2.4.2025, 14:59:39] Oli Hand: Voice call. 4 min
[2.4.2025, 15:04:21] Oli Hand: Voice call. 18 min
[2.4.2025, 15:15:17] Joe Seinitz: <attached: 00005529-Kevin Jamacian Flag State Guy.vcf>

[2.4.2025, 18:37:26] Joe Seinitz: Title to Audi ????
[2.4.2025, 20:47:39] Joe Seinitz: I'm guessing neither is happening.. apartment or Car
[3.4.2025, 16:58:10] Joe Seinitz: Missed voice call. Tap to call back
[3.4.2025, 16:58:30] Oli Hand: In meeting call back
[4.4.2025, 13:57:05] Joe Seinitz: Voice call. Answered on other device
[4.4.2025, 17:38:09] Joe Seinitz: The original reason for the marina was to store boats .. if Steve has had his boats stored for over a year and he is trying to bundle his costs into our business plan and that can't happen ..
[7.4.2025, 13:15:51] Joe Seinitz: Hey , are we having a call today about this new lease
[7.4.2025, 13:27:32] Oli Hand: Yes I sent you all a email
[7.4.2025, 13:27:43] Oli Hand: The meeting is at 1600 hours
[7.4.2025, 15:10:01] Joe Seinitz: Ok
[7.4.2025, 15:10:49] Oli Hand: Group call. 2 invited
[7.4.2025, 15:11:40] Oli Hand: Voice call. No answer
[7.4.2025, 15:27:48] Joe Seinitz: Missed voice call. Tap to call back
[8.4.2025, 11:52:37] Joe Seinitz: Missed voice call. Tap to call back
[8.4.2025, 11:52:57] Oli Hand: Voice call. 23 sec
[8.4.2025, 17:36:17] Oli Hand: Voice call. 13 min
[8.4.2025, 17:37:28] Oli Hand: <attached: 00005546-PHOTO-2025-04-08-17-37-28.jpg>
[9.4.2025, 20:00:44] Joe Seinitz: So you arrive tomorrow
[9.4.2025, 20:00:50] Joe Seinitz: You're in a flight now
[9.4.2025, 20:01:14] Joe Seinitz: Matt got fired from Windward .. that job is going to be yours
[9.4.2025, 20:01:19] Joe Seinitz: COO
[9.4.2025, 20:01:37] Oli Hand: I arrive late tonight
[9.4.2025, 20:08:57] Joe Seinitz: I talked to Steph things are really sideways with them  Taylor Creek .. concerned operators they all quit ..I think I will be GM and you will be COO
[9.4.2025, 20:10:22] Oli Hand: Let's talk when I land we must get the lease lowered and see if we can make this work
[10.4.2025, 13:51:13] Joe Seinitz: One hour is good I'll call you and then merge him in
[10.4.2025, 16:25:48] Oli Hand: What is the name of the flag state person you spoke to regarding jess ?
[10.4.2025, 19:27:19] Joe Seinitz: Kevin
[10.4.2025, 19:27:45] Joe Seinitz: The Escrow cannot be forced on Steve to pay ..
[10.4.2025, 19:28:19] Oli Hand: Voice call. 1 min
[10.4.2025, 22:23:36] Oli Hand: Do you have Jess contract for the Octopussy?
[10.4.2025, 22:42:59] Joe Seinitz: Let me look
[11.4.2025, 18:02:55] Joe Seinitz: Oli
[11.4.2025, 18:03:35] Oli Hand: Hey I am calling you in 1 hour
[11.4.2025, 18:12:09] Joe Seinitz: Ok
[11.4.2025, 18:47:06] Oli Hand: Voice call. 4 min
[11.4.2025, 18:51:09] Oli Hand: Voice call. 6 min
[14.4.2025, 11:15:54] Joe Seinitz: Missed voice call. Tap to call back
[14.4.2025, 11:36:27] Oli Hand: Voice call. 2 min
[14.4.2025, 15:01:34] Oli Hand: Voice call. 7 min
[14.4.2025, 15:40:16] Joe Seinitz: Voice call. 2 min

[14.4.2025, 18:49:49] Joe Seinitz: Missed voice call. Tap to call back
[14.4.2025, 20:19:49] Oli Hand: Voice call. 12 min
[14.4.2025, 20:31:23] Joe Seinitz: Voice call. 7 min
[14.4.2025, 22:33:37] Joe Seinitz: Where are you staying
[14.4.2025, 22:34:13] Oli Hand: At a hotel in Miami the Palomar
[15.4.2025, 13:04:57] Joe Seinitz: Voice call. 4 sec
[15.4.2025, 16:30:47] Joe Seinitz: Missed voice call. Tap to call back
[15.4.2025, 17:20:04] Joe Seinitz: Hour
[15.4.2025, 17:29:34] Joe Seinitz: I’m back in Chicago, give me a call
[15.4.2025, 17:35:55] Oli Hand: Hey Joe, I'll give you a call in about an hour. I still need inventory for Fort Pierce. It has to be in the business plan so it makes sense.
[15.4.2025, 17:43:55] Joe Seinitz: You said an hour 3 hrs ago .. we can talk about things when you call ..
[15.4.2025, 19:04:50] Joe Seinitz: What business plan are you speaking of ? That was done already ? Did Steph get back to you ?
[15.4.2025, 19:48:55] Joe Seinitz: I’m gonna go out on a limb here and say you guys have been stringing me along and playing fucking stupid games don’t bother calling me. You’re not paying me. I’m not doing anything for you. Have a good day.
[15.4.2025, 19:53:22] Oli Hand: Voice call. 13 min
[15.4.2025, 23:38:11] Joe Seinitz: Oli
[16.4.2025, 00:23:47] Oli Hand: are you there
[16.4.2025, 16:21:12] Oli Hand: Group call. 2 invited
[16.4.2025, 17:28:24] Joe Seinitz: We need to discuss my Severance terms ..
[16.4.2025, 17:30:45] Joe Seinitz: That you will have to be on my side ..
[16.4.2025, 18:03:16] Oli Hand: Ok
[17.4.2025, 11:37:45] Joe Seinitz: Stephan is asking to come current on the rent before making any decisions. Nothing will be removed from marina until done so . I will be at marina !
[17.4.2025, 11:38:18] Joe Seinitz: By Friday as stated in his last email
[17.4.2025, 11:38:50] Oli Hand: What do you mean nothing to be removed from marina ?
[17.4.2025, 11:39:51] Joe Seinitz: You can’t take boats from marina until the rent is current .. that goes for all marinas ..
[17.4.2025, 11:40:04] Joe Seinitz: This is nothing new
[17.4.2025, 11:40:56] Oli Hand: They are not owned by the same company so that is BS the Marina is separate from the boats
[17.4.2025, 11:41:10] Oli Hand: We move them if we like
[17.4.2025, 11:41:13] Joe Seinitz: IMG
[17.4.2025, 11:41:27] Oli Hand: And he has no idea that we are moving them
[17.4.2025, 11:41:50] Joe Seinitz: Do you really want to make an enemy with Stephan
[17.4.2025, 11:42:33] Joe Seinitz: How are you going to lift them without the marina
[17.4.2025, 11:43:16] Joe Seinitz: Voice call. 11 min
[17.4.2025, 11:43:20] Oli Hand: They are not owned by the same LLC so
[17.4.2025, 21:50:08] Oli Hand: Joe, please delete the crewmembers are no longer with us from this group. I can't do it since I'm not admin <attached: 00005603-PHOTO-2025-04-17-21-50-08.jpg>
[21.4.2025, 19:02:05] Oli Hand: Hey Joe, happy Easter. Hope things are good. Are you back Fort Pierce? Will you join me on the call with Stefan tomorrow?

[21.4.2025, 19:17:45] Oli Hand: Voice call. No answer
[21.4.2025, 19:29:30] Joe Seinitz: Voice call. 7 min
[21.4.2025, 19:36:35] Oli Hand: Voice call. 2 min
[22.4.2025, 19:27:24] Joe Seinitz: Any word today
[22.4.2025, 19:36:19] Oli Hand: I am sick as fuck
[22.4.2025, 19:36:43] Oli Hand: I think I have Covid been in coma all day
[22.4.2025, 19:40:26] Joe Seinitz: Oh great , feel better ! Where is your boss these days ?
[22.4.2025, 19:48:41] Oli Hand: Thank you I think Colorado
[24.4.2025, 14:07:46] Oli Hand: Voice call. 15 min
[24.4.2025, 18:57:43] Oli Hand: Can you send me the inventory list SI is asking for it
[24.4.2025, 19:47:40] Joe Seinitz: Sure
[25.4.2025, 10:47:50] Oli Hand: takk
[25.4.2025, 10:49:33] Joe Seinitz: Did you speak with Stephan
[25.4.2025, 10:51:07] Oli Hand: No I tried calling and sending him message and no reply I will sen him again
[25.4.2025, 10:56:23] Joe Seinitz: How are you feeling..
[25.4.2025, 15:32:20] Oli Hand: Thank you for your help on the call. Could you send me the inventory it would be good so Steve can see what is there and hopefully pay the outstanding rent
[25.4.2025, 15:48:47] Joe Seinitz: I'm trying and dealing with the marina as well .. this GM and I never got along so he is being a dick ..
[25.4.2025, 15:54:45] Joe Seinitz: Missed voice call. Tap to call back
[25.4.2025, 17:38:13] Joe Seinitz: Voice call. 5 min
[26.4.2025, 12:50:25] Oli Hand: Voice call. 22 min
[26.4.2025, 13:24:01] Oli Hand: Voice call. 5 min
[26.4.2025, 14:41:12] Joe Seinitz: Voice call. 17 min
[28.4.2025, 12:13:14] Joe Seinitz: What's new
[28.4.2025, 12:54:00] Joe Seinitz: Are we no longer on speaking terms ?
[28.4.2025, 13:02:44] Oli Hand: No why
[28.4.2025, 13:14:24] Joe Seinitz: Call me
[28.4.2025, 13:28:43] Joe Seinitz: Voice call. 16 min
[28.4.2025, 20:42:56] Oli Hand: Voice call. 34 sec
[28.4.2025, 21:46:54] Joe Seinitz: And if the mother fucker ever calls my wife again to intimidate her or even thinks about her .. I will continue my journey
[28.4.2025, 21:48:25] Oli Hand: You know I do not control that
[28.4.2025, 21:48:33] Oli Hand: □
[28.4.2025, 21:48:54] Joe Seinitz: He is a real POS
[28.4.2025, 21:49:27] Joe Seinitz: The funny thing is .. I would of been the first person he called when arrested and he fucked that up to
[28.4.2025, 21:50:44] Oli Hand: Are sure he has been arrested I got an email from him two hours ago
[28.4.2025, 21:50:56] Joe Seinitz: Yes
[28.4.2025, 21:51:00] Joe Seinitz: 100%
[28.4.2025, 21:51:13] Joe Seinitz: Call Katie
[29.4.2025, 12:19:22] Oli Hand: Voice call. 11 min
[29.4.2025, 12:30:26] Joe Seinitz: Voice call. 2 min
[29.4.2025, 12:43:51] Joe Seinitz: When you abandon your children and don't pay child support you go to jail
[29.4.2025, 12:44:19] Joe Seinitz: That's all he had to do is take care of his kids . He couldn't even get that right
[29.4.2025, 14:25:14] Joe Seinitz: Voice call. 7 min

[29.4.2025, 15:10:50] Oli Hand: Voice call. 16 min
[29.4.2025, 18:27:43] Joe Seinitz: He is being held 30-90 days until extradition
[29.4.2025, 18:28:00] Oli Hand: Whattttt
[29.4.2025, 18:28:09] Oli Hand: Voice call. 9 min
[29.4.2025, 19:34:18] Joe Seinitz: Voice call. 11 min
[30.4.2025, 10:35:43] Oli Hand: Hey Joe it is not helping anything when people are calling and asking if it is true what Joe is telling them. I am trying to figure out how to get the money you guys are asking for. So please stop calling people and telling them Steve is in jail. It is not helping. And it just makes things more complicated. It is hard getting this amount of money and even more so if I am on the phone all day putting out fires because you guys are calling everyone. Thank you
[30.4.2025, 11:39:30] Joe Seinitz: I'm not sure what you are speaking of .. if you would like to discuss anything please call me ..
[30.4.2025, 11:40:08] Oli Hand: I will in 2 hours
[30.4.2025, 12:55:55] Oli Hand: Voice call. 8 min
[30.4.2025, 13:56:22] Joe Seinitz: Missed voice call. Tap to call back
[30.4.2025, 14:07:58] Joe Seinitz: Call me
[30.4.2025, 14:15:57] Joe Seinitz: Missed voice call. Tap to call back
[30.4.2025, 14:16:21] Oli Hand: Voice call. 9 min
[1.5.2025, 19:33:51] Joe Seinitz: Voice call. 7 sec
[1.5.2025, 19:42:57] Joe Seinitz: Olafur

We have decided that we don't want any type of severence pay from our former employer Steve Ivankovich.
We do wish him the best of luck and hopefully this humbles him .

Call me when you have a chance.
[1.5.2025, 19:52:51] Oli Hand: Voice call. 23 min
[1.5.2025, 20:22:11] Oli Hand: You deleted this message.
[1.5.2025, 20:24:46] Oli Hand: Thank you Joe
[1.5.2025, 20:34:47] Joe Seinitz: No problem Oli .
Hey what are we doing with this Audi ?
[1.5.2025, 20:36:28] Oli Hand: Let's just let that be for the time being that is not on the top of my list for now
[1.5.2025, 20:36:37] Joe Seinitz: Ok
[1.5.2025, 21:04:49] Oli Hand: <attached: 00005668-PHOTO-2025-05-01-21-04-49.jpg>
[1.5.2025, 21:33:28] Joe Seinitz: Good relax ☺
[1.5.2025, 21:36:21] Oli Hand: Hey would you have a call with me and Dave tomorrow so Dave can also relax?
[1.5.2025, 21:49:19] Joe Seinitz: Yes
[1.5.2025, 21:49:33] Oli Hand: Tank you
[1.5.2025, 21:49:38] Joe Seinitz: He is worried
[1.5.2025, 21:51:30] Oli Hand: Every on is just wanting to move forward and I think it would be good for him to talk to you and you him. You are after all friends
[2.5.2025, 14:22:35] Joe Seinitz: Ask Dave to get the title to the Audi fill out the top part and send to me .. that was in my agreement with Steve .. Dave knows where the title is at the 791 Crandon address
[2.5.2025, 14:23:41] Oli Hand: Ok we will have a call with him in 2 hours
[2.5.2025, 17:11:04] Oli Hand: Group call. 2 invited
[2.5.2025, 17:27:54] Oli Hand: Voice call. 2 min

[3.5.2025, 14:10:47] Oli Hand: Voice call. 10 min
[5.5.2025, 12:09:57] Joe Seinitz: Are you in Florida
[5.5.2025, 12:21:33] Oli Hand: Yes I am are you ?
[5.5.2025, 13:30:50] Joe Seinitz: Not yet , tomorrow morning early
[5.5.2025, 13:33:17] Joe Seinitz: Voice call. Answered on other device
[5.5.2025, 19:16:03] Joe Seinitz: Did you talk to him
[5.5.2025, 20:12:48] Joe Seinitz: Yo
[5.5.2025, 20:47:09] Oli Hand: Voice call. 14 sec
[5.5.2025, 20:49:08] Oli Hand: Voice call. No answer
[5.5.2025, 20:50:16] Joe Seinitz: Voice call. 10 min
[6.5.2025, 17:16:11] Joe Seinitz: What's new today
[6.5.2025, 19:15:34] Oli Hand: Hey Joe I am looking for the Aquaform documents (original titles that you have can you send them back to Caycie) and the trailer documents as well. Basically everything you picked from Moore and co. And please can you help me identifying the AF VIN # that were stored at FP. Thank you 
[6.5.2025, 21:12:45] Joe Seinitz: Call me tomorrow
[6.5.2025, 21:17:55] Oli Hand: Will do
[7.5.2025, 15:22:21] Oli Hand: Voice call. No answer
[7.5.2025, 15:22:42] Oli Hand: Joe!!
[7.5.2025, 15:27:07] Joe Seinitz: Voice call. 11 min
[7.5.2025, 20:51:39] Joe Seinitz: Did Moore get served yesterday with eviction papers from Windward .. I met with Steph and many others today
[7.5.2025, 20:57:09] Oli Hand: Voice call. No answer
[7.5.2025, 20:58:01] Joe Seinitz: Call me tomorrow I'm out to dinner .. I have new business hours .. no work after 4 pm
[7.5.2025, 21:04:36] Oli Hand: What do you mean 4 PM? I thought you were not working anywhere.
[7.5.2025, 21:06:16] Oli Hand: lol you sent me a message regarding eviction way after 4 PM so you're breaking your own rules.
[7.5.2025, 21:49:12] Joe Seinitz: I'm working for myself
[7.5.2025, 21:49:38] Joe Seinitz: As a friend Olafur , you need to walk away from Steve
[7.5.2025, 21:52:40] Oli Hand: I need to take care of getting the Windward issues and other things that I have taken on. Did you get the titles? Or find them?
[7.5.2025, 22:27:00] Joe Seinitz: That's getting complicated; you should walk away and break bread with Stephan before you look bad ..
[7.5.2025, 22:28:09] Joe Seinitz: Your reputation though out the Viking world will be mid because of one guy who likes to destroy others lives
[7.5.2025, 22:42:11] Joe Seinitz: Take my advise Oli .. I have lots of plans moving forward with good people
[7.5.2025, 22:53:24] Oli Hand: So what is the offer
[8.5.2025, 01:18:43] Joe Seinitz: Offer zero?
[8.5.2025, 01:18:50] Joe Seinitz: Offer ?
[8.5.2025, 01:19:21] Joe Seinitz: That guy is in a world of trouble
[8.5.2025, 01:20:58] Oli Hand: Ohh I thought you where  coffering me a job
[8.5.2025, 01:35:38] Joe Seinitz: I am
[8.5.2025, 11:22:59] Joe Seinitz: I met with Stephan yesterday and some of his people at the marina ..
[8.5.2025, 14:36:21] Joe Seinitz: Call me
[8.5.2025, 16:00:31] Oli Hand: Voice call. 5 min
[8.5.2025, 16:22:48] Oli Hand: Voice call. 2 min
[9.5.2025, 15:09:47] Joe Seinitz: Are we still meeting for lunch

[9.5.2025, 15:17:05] Joe Seinitz: Yes or No I have other plans
[9.5.2025, 15:17:36] Oli Hand: Yes we are going to be there in 3 min
[9.5.2025, 15:20:33] Joe Seinitz: Give me about 20 minutes I'll see you there
[9.5.2025, 15:20:52] Oli Hand: We are there
[9.5.2025, 15:21:13] Joe Seinitz: Ok
[9.5.2025, 15:21:18] Joe Seinitz: See you shortly
[10.5.2025, 11:47:00] Joe Seinitz: <attached: 00005724-PHOTO-2025-05-10-11-47-00.jpg>
[10.5.2025, 15:31:26] Oli Hand: Voice call. 16 min
[12.5.2025, 12:50:14] Joe Seinitz: Are you back home
[12.5.2025, 12:52:00] Oli Hand: No
[12.5.2025, 12:53:18] Joe Seinitz: Ok
[12.5.2025, 12:53:22] Joe Seinitz: What's new
[12.5.2025, 12:55:57] Oli Hand: nada
[12.5.2025, 21:18:44] Joe Seinitz: Voice call. 6 min
[12.5.2025, 22:59:07] Oli Hand: Voice call. 5 min
[13.5.2025, 16:48:22] Oli Hand: Voice call. 6 min
[14.5.2025, 20:48:30] Joe Seinitz: Run
[14.5.2025, 20:49:58] Oli Hand: What now
[14.5.2025, 21:29:47] Joe Seinitz: You should stay in Iceland and never speak to them again
[14.5.2025, 21:29:59] Joe Seinitz: Trust me and I can't say anything more
[14.5.2025, 21:49:50] Oli Hand: Voice call. 10 min
[16.5.2025, 13:38:03] Joe Seinitz: Can you send me the captains number of the contessa
[16.5.2025, 13:38:26] Oli Hand: Voice call. No answer
[16.5.2025, 13:43:03] Joe Seinitz: Voice call. 21 min
[16.5.2025, 14:08:01] Joe Seinitz: Voice call. 20 min
[16.5.2025, 14:43:11] Joe Seinitz: Voice call. 50 min
[16.5.2025, 15:53:52] Joe Seinitz: Voice call. 25 sec
[16.5.2025, 16:14:16] Oli Hand: Voice call. No answer
[16.5.2025, 16:21:11] Joe Seinitz: Voice call. 2 min
[17.5.2025, 15:34:30] Joe Seinitz: Oli
[17.5.2025, 15:35:05] Oli Hand: Yes
[17.5.2025, 15:35:22] Joe Seinitz: How are you ?
[17.5.2025, 15:35:35] Oli Hand: Ok not more
[17.5.2025, 15:35:57] Joe Seinitz: This too shall pass
[17.5.2025, 15:36:16] Oli Hand: Yes like all things
[17.5.2025, 15:36:45] Joe Seinitz: Yup
[17.5.2025, 15:37:40] Joe Seinitz: This will be a memory that won't be the most enjoyable one
[17.5.2025, 15:37:51] Oli Hand: Let's talk on Monday
[17.5.2025, 15:39:10] Oli Hand: I am just trying to get my head around this during the weekend
[17.5.2025, 15:47:57] Joe Seinitz: Ok , relax and have a beer
[17.5.2025, 15:50:13] Oli Hand: Yes
[17.5.2025, 20:55:37] Joe Seinitz: Remind me to tell you about a new business plan on Monday
[17.5.2025, 20:56:09] Oli Hand: Ok
[19.5.2025, 13:39:34] Joe Seinitz: Hey , call me when you get a chance
[19.5.2025, 13:41:45] Oli Hand: It will be later today I am at hospital with my daughter she got hurt
[19.5.2025, 13:42:02] Joe Seinitz: Oh shit, what happened

[19.5.2025, 13:42:30] Oli Hand: Fell of bike
[19.5.2025, 13:42:55] Joe Seinitz: Prayer
[19.5.2025, 13:49:15] Oli Hand: Takk
[19.5.2025, 21:17:42] Joe Seinitz: Voice call. Answered on other device
[20.5.2025, 13:23:08] Joe Seinitz: Oli
[20.5.2025, 13:48:38] Joe Seinitz: Give me a call when you get a chance
[20.5.2025, 13:55:21] Oli Hand: Voice call. 16 sec
[20.5.2025, 16:26:29] Joe Seinitz: Are you calling
[20.5.2025, 16:31:42] Oli Hand: Voice call. 23 min
[21.5.2025, 11:19:40] Joe Seinitz: Oli, Domyou want to do the call now ?
[21.5.2025, 11:23:03] Joe Seinitz: It will be the 3 of us
[21.5.2025, 11:27:47] Oli Hand: Call you in 1 hour or so
[21.5.2025, 11:39:45] Joe Seinitz: Ok
[21.5.2025, 11:40:05] Joe Seinitz: Are you calling me or the group ?
[21.5.2025, 12:13:43] Joe Seinitz: Ivankovich - Order Requesting Entry of Body Attachment Orders into NCIC System.pdf • 1 page <attached: 00005778-Ivankovich - Order Requesting Entry of Body Attachment Orders into NCIC System.pdf>
[21.5.2025, 12:13:50] Joe Seinitz: Ivankovich - Civil Body Attachment Order - 05.08.2024.pdf • 4 pages <attached: 00005779-Ivankovich - Civil Body Attachment Order - 05.08.2024.pdf>
[21.5.2025, 12:14:12] Joe Seinitz: Ivankovich - Civil Body Attachment 2024.09.13.pdf • 3 pages <attached: 00005780-Ivankovich - Civil Body Attachment 2024.09.13.pdf>
[21.5.2025, 12:52:12] Oli Hand: Voice call. 3 min
[21.5.2025, 16:22:35] Joe Seinitz: Any word back from your lawyer?
[21.5.2025, 17:56:57] Joe Seinitz: Missed voice call. Tap to call back
[21.5.2025, 17:57:14] Oli Hand: Sorry, I can't talk right now.
[21.5.2025, 17:57:22] Oli Hand: Sorry, I can't talk right now.
[21.5.2025, 19:57:19] Joe Seinitz: Are you in or out .. need to know
[22.5.2025, 12:25:50] Oli Hand: Good morning I will call you later today. I have some things that I need to take care of before I can call you and also some things I need to run by you.
[22.5.2025, 12:43:00] Joe Seinitz: Sounds good
[22.5.2025, 20:53:35] Joe Seinitz: Hello
[23.5.2025, 14:58:52] Joe Seinitz: What's up Oli ?
[27.5.2025, 12:23:26] Joe Seinitz: I'm guessing we won't be having anymore discussions.
Good luck with all Oli!
[27.5.2025, 13:28:46] Oli Hand: Voice call. 32 min
[20.6.2025, 18:37:16] Joe Seinitz: Oli
[26.6.2025, 22:44:57] Joe Seinitz: Interesting how Nathan gets money from your boss to pay mortgage and you still don't get paid … business as usual with no viable business.. what a Fkn joke
[27.6.2025, 19:52:56] Joe Seinitz: Wow , You need to grow so balls Olafur.. You can't even give Melandi the courtesy of a thank you firing phone call .. This is all over the yacht community on the Minions of the Ivan-Ko-Vich clan works .. So Sad ..
[18.9.2025, 16:25:50] Joe Seinitz: When are you going to realize what you work for
[18.9.2025, 16:25:51] Joe Seinitz: D.E.242_CMR_Mot_Withdraw.pdf • 4 pages <attached: 00005797-D.E.242_CMR_Mot_Withdraw.pdf>
[21.1.2026, 23:34:35] Joe Seinitz: https://share.google/images/FK3CH1ZdtBaH3Q4or