# EXHIBIT 9

**Monroe County Sheriff's Office Dispatch Audio**

**To be Provided in Native Format to the Court**