# EXHIBIT 11

**Ivankovich Family Office**
1000 Brickell Avenue
Suite 715
Miami, FL 33131

February 24, 2025

Mr. James Ayule
5334 Sagecrest Drive
Lithia, FL 33547

**Subject: Consulting Services Agreement**

Dear Jim,

This letter is to confirm the terms and conditions of a consulting agreement between you and The Ivankovich Family Office ("Ivanko"), 1000 Brickell Avenue, Suite 715, Miami, FL 33131 for the period from March 1, 2025 to December 31, 2026. The scope of the contemplated consulting activity, activities of the various parties and fee sharing arrangements are set forth below:

James Patrick Ayule ("Ayule" or "Director"), has been engaged by Ivanko to direct all aspects of security associated with the businesses and individuals of Ivanko, without limitation, in the following roles and responsibilities and business categories:

| | |
|---|---|
| Position: | Chief of Security Operations |
| Time Commitment: | Full-time |
| Territory: | Global |
| Summary: | The Director of Security is an integral part of the senior leadership team. The Director ensures the safety and security of the family's properties and members globally and as directed by the Protector of the Family Trust. They shall develop and implement security policies and procedures to ensure the safety of personnel, facilities, and equipment. |
| Essential Duties and Responsibilities: | Supervises, reviews, and evaluates the work of security staff engaged in providing security for facilities, businesses and equipment; Directs the development and implementation of operational security and life safety policies and procedures to address risks identified and ensure the overall safety of employees and security equipment and property; Directs the assignment of security personnel as needed to assist members and at facilities; Establishes a global monitoring, data gathering and operations center of implement and ensure the success of essential duties and responsibilities; Assesses, anticipates and determines threats to all members and assets; Monitors the efficacy of security operations; Oversees programming of remote cameras/monitoring devices, locks and means of access for buildings, land sites and maritime vessels; Make recommendations to institute and upgrade security systems and devices; |

To Direct classroom and scenario based training on maritime assets to yacht employees; Make sure life safety procedures and protocols are up to date and in place; Keeps abreast of developments in the security field, investigates the effectiveness of new systems and devices, and makes recommendations regarding their purchase; Oversees the training of security personnel; Acts as liaison to investigating agencies on security and incident investigations; Cooperates with appropriate agencies in the prosecution of individuals alleged to have committed theft or other unlawful acts; Builds relationships with local law enforcement agencies; Approves security personnel work assignments and time off requests; Prepares reports on security operations; Develops intelligence gathering systems, protocols and databases for employees, business relationships and potential security threats.

The list of essential duties is not intended to be inclusive; there may be other duties that are essential that may arise as the role matures and with the passage of time.

Role Requirements: Proficient in Microsoft Office and Excel; Experience with budgets, purchasing of inventory management of munitions and firearms, proficiency with firearms; Ability to sit or stand for long periods of time as well as remain physically active when needed. Travel as deemed necessary. The role may require the operation of a boat, vehicle or truck. The stress level for this position could be regarded as moderately "high".

Monthly Reporting Requirements: Monthly reports to include: Detailed security costs; Inventory levels; Changes in threat assessment; Actual performance of security team members and mental state. Reports should be developed in close collaboration with the Protector to ensure consistency and accuracy.

Key Performance Indicators (KPIs): The senior Ivanko team will develop and define measurable KPIs for the Security Director role. These KPIs will be reviewed quarterly and updated periodically.

Spending Authority: Spending shall be made according to an annual budget. A petty cash line item shall be included in the budget for $2,500 monthly discretionary spending by Director. A discretionary $1,500.00 per budget line-item budget deviance and for emergency spending will be included within the Director's authority. All other spending will need the approval of the Protector.

Development of Standard Operating Procedures (SOPs): Director to create a set standard operating procedures for all properties, maritime assets and businesses.

Minimum Skills Qualifications: Passionate about the boating, hunting, diving lifestyle and meeting new people and cultures; Excellent verbal and written communication skills; Positive attitude and willingness to learn; Ability to provide exceptional service and an understanding of family's needs; Excellent interpersonal and collaborative skills while working both independently and within a team context; Exceptional organizational skills required; Detail oriented and ability to multi-task; Ability to use discretion when trusted with confidential and sensitive information or materials; Eager to engage in a

growing, fast paced family office environment; Exceptional time management and problem-solving skills.

Fee: A monthly consulting fee of $8,500.00 (*Eight thousand and five hundred xx/100*) paid monthly respectively upon submission of invoice as well agreed upon expense budgets shall be paid fully once submitted for reimbursement.

Bonuses: A discretionary annual bonus shall be considered based upon performance and other tangible and intangible metrics.

Additional Consideration: Director shall have use of family office assets as available and as requested. This is to include family members of the Director.

A designated company vehicle and use of company vehicles/vessels as needed.

After month six (6), or any time thereafter if needed, the option of health insurance will become available.

Vacation Time: The position is based on need and necessary work. There shall be no set vacation allowance, but Director shall use best efforts to take time off during periods where situations are deemed stable and services not immediately needed.

Term: This Agreement, for all services and business activity outlined above shall be until December 31, 2026, or until such time as the Parties mutually agree to terminate the Agreement.

Reporting: Director will report directly and solely to Steven Ivankovich as Protector for the purposes of task assignments, oversite and progress reporting.

Sincerely,

Steven Ivankovich
Managing Director
Contessa Marine Research, LLC

**Agreed and excepted by:**

______________________________
James Patrick Ayule

2/24/2025
______________________________
Date