**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP, and
JOSEPH SEINITZ,

Defendants.
_________________________________________ /

Case No. 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams

Magistrate Judge Enjolique A. Lett

**NOTIFICATION OF SOURCE MATERIAL PERTAINING TO THE PARTIES' FOURTH, FIFTH, AND SIXTH JOINT MOTIONS FOR DISCOVERY HEARING**

Defendants, Schiller, DuCanto & Fleck, LLP ("**SDF**") and Joseph Seinitz ("**Seinitz**") (collectively, "**Defendants**"), hereby provide notice to Magistrate Judge Enjolique A. Lett regarding a source material referenced in three joint motions for discovery hearing filed by the parties. In support thereof, Defendants stated as follows:

1. On August 6, 2026, the parties filed their Fourth (ECF 65), Fifth (ECF 66), and Sixth (ECF 67) Joint Motion for Discovery Hearing. One source material pertinent to and referenced within all three joint motions is the deposition transcript of Plaintiff Steven Ivankovich.

2. Plaintiff's deposition took place on July 23, 2026. Pursuant to the Confidentiality Order entered in this case, the joint motions were filed within the 30-day window in which Plaintiff could designate portions of his deposition transcript as confidential. *See* ECF 37 at ¶ 2(d).

3. At the time of the filing of the joint motions, counsel for Plaintiff advised Defendants of Plaintiff's intent to mark portions of the transcript confidential. Thus, Defendants were unable to file the deposition transcript as an attachment to the joint motions.

4. Plaintiff has since publicly filed an unredacted copy of his deposition transcript. *See* ECF 82-20.

5. Thus, to the extent Judge Lett believes that a review of Plaintiff's deposition transcript is necessary for her ruling on any of the aforementioned joint motions, Defendants

submit this notification to advise that the deposition transcript can be found in the record at ECF 82-20.

WHEREFORE, Defendants respectfully notify the Court of the filing of Plaintiff's deposition transcript at ECF 82-20.

Dated: September 25, 2026

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour (admitted *pro hac vice*)
Illinois Bar No. 6313128
Email: rj@konicekdillonlaw.com
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Facsimile: (305) 262-9659

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-7549

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alexandra L. Tifford
Alexandra L. Tifford

| **SERVICE LIST**<br>*Ivankovich v. Schiller, DuCanto & Fleck, LLP and Joseph Seinitz* | |
|---|---|
| Joshua Truppman, Esq.<br>Benjamin Brodsky, Esq.<br>Brodsky Fotiu-Wojwoticz, PLLC<br>44 W Flagler St., Suite 2200<br>Miami, Florida 33130,<br>Telephone: (305) 503-5054<br>Email: bbrodsky@bfwlegal.com<br>Email: joshua@bfwlegal.com<br>*Counsel for Plaintiff* | |