**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP, and
JOSEPH SEINITZ,

Defendants.
_________________________________________ /

Case No. 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams

Magistrate Judge Enjolique A. Lett

**_JOINT_ MOTION FOR ENLARGMENT OF**
**TIME TO FILE MOTIONS _IN LIMINE_ AND PRETRIAL STIPULATOIN**

Plaintiff, Steven Ivankovich ("Plaintiff"), and Defendants, Schiller, DuCanto & Fleck, LLP and Joseph Seinitz ("Defendants"), by and through undersigned counsel, respectfully jointly move the Court for a twenty-one-day enlargement of time, through and including November 2, 2026, to file motions *in limine* and their joint pretrial stipulation, and in support state as follows:

1. On December 9, 2025, this Court entered its Scheduling Order, which among other things set an October 12, 2026 deadline to file (i) motions *in limine* and (ii) the parties' joint pre-trial stipulation, exhibit list, and witness lists, including proposed jury instructions, proposed verdict form, and deposition designations.

2. After entry of the Court's Scheduling Order, the parties took the depositions of seventeen (17) witnesses. In addition, Defendants moved to dismiss certain counts of Plaintiff's Amended Complaint (ECF No. 33), moved for summary judgment on all counts (ECF No. 71), and filed a *Daubert* motion pertaining to Plaintiff's expert witness, James Doppke (ECF No. 72.) Those motions are all fully briefed and remain pending. In addition, there are four pending discovery motions before Magistrate Judge Lett that all await rulings and/or hearings. (ECF Nos.

65, 66, 67, and 75. Furthermore, on October 6, 2026, Judge Lett issued a ruling with respect to a prior discovery motion concerning jailhouse audio recordings subpoenaed by Defendants. (ECF No. 95.) Per Judge Lett's ruling, Plaintiff will have 14 days to review the audio recordings (which are voluminous) and issue, if appropriate, a privilege log denoting any audio recordings being withheld based on privilege. Thus, the parties may have additional discovery disputes concerning the audio recordings.

3. Beyond all those matters pending in this Court, Defendants recently also filed a motion to compel in the Northern District of Illinois, seeking an order compelling Plaintiff's mother to respond to various questions that she refused to answer at her deposition. Because Plaintiff's mother was in Illinois at the time of her deposition, Defendants were required to bring the motion to compel in the Northern District of Illinois per Federal Rule of Civil Procedure 37(a)(2). A copy of Defendants' Motion to Compel is attached hereto as **Exhibit A**.

4. The resolution of the aforementioned motions will likely affect the parties' motions *in limine* and pretrial stipulation.

5. Nonetheless, the parties have complied with the Court's Scheduling Order and have begun the process of conferring on motions *in limine* and the pretrial stipulation.

6. To facilitate multiple meaningful conferrals, as well as considering the pending Motions and undersigned counsel's workload, the parties respectfully request a twenty-one-day extension of time, through November 2, 2026 to file motions *in limine* and the joint pretrial stipulation.

7. By virtue of this Motion, the parties do not seek continuance of the trial date.[1]

---

[1] Defendants note that they previously filed a motion to continue the trial date. [DE 63]. That motion has been fully briefed and remains pending. By this Motion, Defendants do not withdraw or waive the relief requested in their motion to continue the trial date.

8. No party will be prejudiced by this extension, and it is sought in good faith and not for the purposes of delay.

WHEREFORE, for the foregoing reasons, the parties respectfully requests that the Court grant an enlargement of twenty-one days for the parties to file motions *in limine* and their joint pretrial stipulation, through and including November 2, 2026, and grant any further relief as this Court deems just and proper.

**CERTIFICATE OF CONFERRAL**

The parties jointly seek the relief sought herein.

Dated: October 7, 2026

Respectfully Submitted,

*/s/ Joshua Truppman*
Joshua Truppman, Esquire
Florida Bar No. 111795
joshua@bfwlegal.com
Benjamin H. Brodsky, Esquire
Florida Bar No. 73748
bbrodsky@bfwlegal.com
BRODSKY FOTIU-WOJTOWICZ, PLLC
44 W. Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 503-5054
Telecopy: (786) 749-7644

***Attorneys for Plaintiff***

/s/ *Alexandra Tifford*
Alexandra L. Tifford, Esquire
Fla. Bar No. 0178624
atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor Miami,
Florida 33131
Telephone: (305) 789-9200
Telecopy: (305) 789-7549

*and*

/s/ *Ramses Jalalpour*
Ramses Jalalpour, Esquire
Illinois Bar No. 6313128
rj@konicekdillonlaw.com
*Admitted Pro hac vice*
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Telecopy: (630) 262-9659

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case on this **7th day of October, 2026**.

/s/ *Joshua Truppman*
Joshua E. Truppman, Esq.