**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP, and JOSEPH SEINITZ,

Defendants.
_______________________________________ /

Case No.: 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams

Magistrate Judge Enjolique A. Lett

**JOINT MOTION FOR STATUS CONFERENCE**

Plaintiff Steven Ivankovich ("**Steven**") and Defendants, Schiller, DuCanto & Fleck, LLP ("**SDF**") and Joseph Seinitz ("**Seinitz**") (collectively, "**Defendants**"), jointly and respectfully request that the Court schedule a telephonic status conference to discuss the current status and posture of this case. In support thereof, the parties state as follows:

1. On October 8, 2026, the Court entered an order granting in part and denying in part Defendant SDF's motion to dismiss various counts of Plaintiff's First Amended Complaint. [ECF 97]. In so ruling, the Court allowed Plaintiff until October 22, 2026, to file his Second Amended Complaint.

2. Pursuant to the Court's Order affording leave to amend, Plaintiff intends to file a Second Amended Complaint. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants will then have 14 days to respond.

3. The parties have upcoming pre-trial deadlines and a presently scheduled trial date of December 14, 2026.

4. The parties agree that it would be difficult to file motions *in limine* and their Joint Pretrial Stipulation given the forthcoming amendment and, prior to the Court's Order, separately moved for an extension of time through November 2, 2026. (ECF No. 96.)

5. In light of the Court's ruling and upcoming deadlines, the parties jointly request a status conference to discuss the status of upcoming pre-trial deadlines and the trial date in light of: (i) pending discovery motions before Magistrate Judge Lett (*see* ECF Nos. 65, 66, 67, and 75), (ii) Defendants' pending motion to compel against non-party Dr. Olga Ivankovich in the U.S. District Court for the Northern District of Illinois (Case No. 1:26-cv-12113), (iii) the status of Plaintiff's receipt and review of jailhouse audio recordings pursuant to Judge Lett's recent discovery order concerning same (ECF 95); (iv) the parties' pending motion to continue and/or for extension of time to pretrial deadlines (ECF Nos. 63 and 96); and (v) Defendants' determination of whether to file a motion to dismiss or answer to Plaintiff's Second Amended Complaint.

6. The parties respectfully submit that a status conference to discuss these matters will assist the parties and the Court in resolving potential scheduling issues.

7. The parties suggest holding the status conference any time after October 22, which is the deadline for Plaintiff to file his Second Amended Complaint, so that Defendants can inform the Court at the status conference whether they intend to file a motion to dismiss or answer, as their decision on that front will likely affect future scheduling issues and deadlines.

8. The parties have conferred with one another about potential dates for the requested status conference and propose any of the following dates: **October 28, October 30, November 5, and/or November 6**. The parties understand that these dates may not work with the Court or the Court may find another date more appropriate.

9. Alternatively, the parties respectfully request a ruling on parties' pending motion to continue and/or for extension of time to pretrial deadlines (ECF Nos. 63 and 96), to provide further clarity as to whether the Court will reschedule the trial date in this matter.

WHEREFORE, the parties jointly request that the Court schedule a status conference on one of the proposed dates or any other date the Court deems acceptable or, in the alternative, a ruling on the parties' pending motion to continue and/or for extension of time to pretrial deadlines, to provide further clarity as to whether the Court will reschedule the trial date in this matter, and for any further relief as this Court deems just and proper.

Dated: October 14, 2026

Respectfully Submitted,

| | |
|---|---|
| *\/s/ Joshua E. Truppman*<br>Joshua E. Truppman, Esquire<br>Florida Bar No. 111795<br>joshua@bfwlegal.com<br>Benjamin H. Brodsky, Esquire<br>Florida Bar No. 73748<br>bbrodsky@bfwlegal.com<br>BRODSKY FOTIU-WOJTOWICZ, PLLC<br>44 W. Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 503-5054<br>Telecopy: (786) 749-7644<br><br>***Attorneys for Plaintiff*** | */s/ Alexandra Tifford*<br>Alexandra L. Tifford, Esquire<br>Fla. Bar No. 0178624<br>atifford@fowler-white.com<br>FOWLER WHITE BURNETT, P.A.<br>Citigroup Center<br>201 S. Biscayne Blvd., 20th Floor Miami, Florida 33131<br>Telephone: (305) 789-9200<br>Telecopy: (305) 789-7549<br><br>*/s/ Ramses Jalalpour*<br>Ramses Jalalpour, Esquire<br>Illinois Bar No. 6313128<br>rj@konicekdillonlaw.com<br>*Admitted Pro hac vice*<br>KONICEK & DILLON, P.C.<br>70 W. Madison St., Ste. 2060<br>Chicago, IL 60602<br>Telephone: (630) 672-3728<br>Telecopy: (630) 262-9659<br><br>***Attorneys for Defendants*** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case on this **14th day of October 2026**.

By: */s/ Joshua E. Truppman*
Joshua E. Truppman, Esq.