**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP,
and JOSEPH SEINITZ,

Defendants.
______________________________________/

Case No. 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams
Magistrate Judge Enjolique A. Lett

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER ON DISCOVERY (ECF NO. 95)**

Plaintiff, Steven Ivankovich ("Plaintiff"), by and through undersigned counsel, respectfully moves the Court for a fourteen-day extension of time, through and including November 4, 2026, to comply with the Court's Order Granting in Part Plaintiff's Ore Tenus Motion to Quash or for Protective Order as to the MCSO Subpoena (the "Order on the MCSO Subpoena") (ECF No. 95), and in support states as follows:

1. Defendants sought to serve a subpoena on the Monroe County Sheriff's Office to obtain all audio recordings and accompanying transcripts made or received by Plaintiff while an inmate at the Monroe County Detention Facility ("MDCF").

2. Plaintiff moved for protective order, and the Court granted the motion in part and denied it in part at a hearing on April 16, 2026.

3. Thereafter, the Court conducted an *in camera* review.

4. On October 6, 2026, the Court issued its Order on the MCSO Subpoena, which determined that sixty-nine of these phone calls were privileged, and ordered that Plaintiff review the remaining phone calls and produce additional phone conversations within fourteen days of receipt of the flash drive provided by the Court.

5. Plaintiff received the flash drive on October 8, 2026, such that this deadline falls on October 22, 2026.

6. On October 8, 2026, the Court also entered an Order on Defendant Schiller, Ducanto & Fleck, LLPs' ("SDF") Motion to Dismiss Plaintiff's Amended Complaint, which afforded Plaintiff until October 22, 2026 to amend his operative Complaint. (ECF No. 97.)

7. Plaintiff is preparing his Second Amended Complaint and, at the same time, diligently reviewing the phone calls on the flash drive.

8. However, due to the simultaneous deadlines and workload commensurate with both, as well as the press of other deadlines and professional matters, Plaintiff's counsel requires additional time to comply with the Court's Order on the MCSO Subpoena.

9. Plaintiff respectfully requests a fourteen-day extension of time, through and including November 4, 2026, to comply with the Court's Order on the MCSO Subpoena.[1]

10. Undersigned counsel has conferred with counsel for Defendants, who opposes the relief requested herein.

11. No party will be prejudiced by this extension, and it is sought in good faith and not for the purposes of delay.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant an extension of fourteen days, through and including November 4, 2026, for Plaintiff to comply with the Court's Order on the MCSO Subpoena, and for any further relief as this Court deems just and proper.

---

[1] Plaintiff also anticipates seeking clarification on the Court's Order on the MCSO Subpoena with respect to production of non-privileged phone calls which contain private information that is not relevant to the claims or defenses. Plaintiff and Defendant SDF conferred today and will continue to confer prior to filing with the Court.

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff has conferred with counsel for Defendants, who advised that Defendants object to the relief requested on the ground that the trial date in this matter is still set for December 14, 2026. While there is a pending motion to continue the trial date, the motion has not been ruled upon by Judge Williams. As such, Defendants' receipt of the audio recordings is time-sensitive, particularly since the recordings may require additional discovery.

Respectfully Submitted,

By: */s/ Joshua E. Truppman*
Joshua Truppman, Esquire
Florida Bar No. 111795
joshua@bfwlegal.com
Benjamin H. Brodsky, Esquire
Florida Bar No. 73748
bbrodsky@bfwlegal.com
BRODSKY FOTIU-WOJTOWICZ, PLLC
44 W. Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 503-5054
Telecopy: (786) 749-7644
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the following was served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case on this **19th day of October 2026**.

By: *<u>/s/ Joshua E. Truppman</u>*
Joshua E. Truppman, Esq.