**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| STEVEN IVANKOVICH,<br><br>Plaintiff,<br>v.<br><br>SCHILLER, DUCANTO & FLECK, LLP and JOSEPH SEINITZ,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-25402-KMW<br><br>Hon. Judge Kathleen M. Williams<br><br>Magistrate Judge Enjolique A. Lett |

**DEFENDANTS' UNOPPOSED MOTION TO RESCHEDULE DISCOVERY HEARING**
**<u>CURRENTLY SCHEDULED FOR OCTOBER 30, 2026</u>**

Defendants, SCHILLER, DuCANTO & FLECK, LLP ("SDF") and Joseph Seinitz ("Seinitz") (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for an order rescheduling the discovery hearing currently scheduled for October 30, 2026. In support thereof, Defendants state as follows:

1. On October 21, 2026, Magistrate Judge Lett set a hearing date of October 30, 2026 at 10:00 a.m. EST with respect to the Parties' Fourth Joint Motion for a Discovery Hearing [ECF 65], Fifth Joint Motion for a Discovery Hearing [ECF 66], Sixth Joint Motion for a Discovery Hearing [ECF 67], and Seventh Joint Motion for a Discovery Hearing [ECF 75]. [ECF 101].

2. Unfortunately, lead counsel for Defendants, Ramses Jalalpour, has three other hearings and a settlement conference scheduled on October 30:

a. Hearing on a Motion to Dismiss in *Sloan v. Manwaring*, Case No. 2024-D-080289, Circuit Court of Cook County, Illinois (via Zoom at 10:00 a.m. EST);

b. Hearing on a Motion for Leave to File Amended Answer in *Davie and Associates Dermatopathology, P.A. v. Elias, et al*, Case No. 2021-L-000019, Circuit Court of Tazewell County, Illinois (via Zoom at 12:00 p.m. EST);

c. Hearing on Written Discovery Objections in *In re Marriage of: Jeanette Ivankovich and Steven Ivankovich*, Case No. 2021-D-009220 (in-person in Chicago at 12:00 p.m. EST); and

d. Settlement Conference in *Sackett Systems, Inc. v. Curielli*, Case No. 2024-CH-000277, Circuit Court of DuPage County, Illinois (via Zoom at 2:30 p.m. EST).

*See* Declaration of Attorney Jalalpour, **Exhibit 1**.

3. Due to these scheduling conflicts, undersigned counsel, Ramses Jalalpour, is unable to appear at the discovery hearing as currently scheduled in this matter.

4. Defendants therefore respectfully request that the discovery hearing be rescheduled from October 30, 2026 and propose a new hearing date of November 6, 2026 at any time convenient for the Court.

5. Undersigned counsel has conferred with counsel for Plaintiff, who has no objection to the relief sought in this motion. Opposing counsel further confirmed that he is available November 6, 2026, if the Court reschedules the discovery hearing to that date.

WHEREFORE, Defendants respectfully request that the Court reschedule the discovery hearing currently set for October 30, 2026 and reset it to November 6, 2026, or any other date available to the Court and the parties.

**S.D. Fla. L.R. 7.1 Certification**

I, Ramses Jalalpour, hereby certify that the undersigned conferred with counsel for the non-movant, who advised that Plaintiff does not oppose the relief sought herein.

Dated: October 23, 2026

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour (admitted *pro hac vice*)
Illinois Bar No. 6313128
Email: rj@konicekdillonlaw.com
KONICEK & DILLON, P.C.
70 W. Madison St., Ste. 2060
Chicago, IL 60602
Telephone: (630) 672-3728
Facsimile: (305) 262-9659

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com
FOWLER WHITE BURNETT, P.A.
Citigroup Center
201 S. Biscayne Blvd., 20th Floor
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-7549

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alexandra L. Tifford
Alexandra L. Tifford

| **SERVICE LIST**<br>*Ivankovich v. Schiller, DuCanto & Fleck, LLP and Joseph Seinitz* | |
|---|---|
| Joshua Truppman, Esq.<br>Benjamin Brodsky, Esq.<br>Brodsky Fotiu-Wojwoticz, PLLC<br>44 W Flagler St., Suite 2200<br>Miami, Florida 33130,<br>Telephone: (305) 503-5054<br>Email: bbrodsky@bfwlegal.com<br>Email: joshua@bfwlegal.com<br>*Counsel for Plaintiff* | |