# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP, and JOSEPH SEINITZ,

Defendants.
______________________________/

Case No. 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams

Magistrate Judge Enjolique A. Lett

**DECLARATION OF RAMSES JALALPOUR**

I, Ramses Jalalpour, declare under penalty of perjury that the following is true, accurate and within my personal knowledge:

1. My name is Ramses Jalalpour, and I am lead counsel for Defendants in this matter.

2. I am unable to attend the discovery hearing currently scheduled for October 30, 2026 at 10:00 a.m. EST due to the following scheduling conflicts on October 30 which require my attendance:

a. Hearing on a Motion to Dismiss in *Sloan v. Manwaring*, Case No. 2024-D-080289, Circuit Court of Cook County, Illinois (via Zoom at 10:00 a.m. EST);

b. Hearing on a Motion for Leave to File Amended Answer in *Davie and Associates Dermatopathology, P.A. v. Elias, et al*, Case No. 2021-L-000019, Circuit Court of Tazewell County, Illinois (via Zoom at 12:00 p.m. EST);

c. Hearing on Written Discovery Objections in *In re Marriage of: Jeanette Ivankovich and Steven Ivankovich*, Case No. 2021-D-009220 (in-person in Chicago at 12:00 p.m. EST); and

d. Settlement Conference in *Sackett Systems, Inc. v. Curielli*, Case No. 2024-CH-000277, Circuit Court of DuPage County, Illinois (via Zoom at 2:30 p.m. EST).

3. Under these circumstances, undersigned counsel respectfully submits that good cause exists to reschedule the discovery hearing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2026

RAMSES JALALPOUR