**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STEVEN IVANKOVICH,

Plaintiff,

v.

SCHILLER, DUCANTO, & FLECK, LLP, and JOSEPH SEINITZ,

Defendants.
_______________________________________ /

Case No.: 1:25-cv-25402-KMW

Hon. Judge Kathleen M. Williams

Magistrate Judge Enjolique A. Lett

**NOTICE PURSUANT TO COURT ORDER**

Plaintiff, Steven Ivankovich ("Plaintiff"), hereby gives notice that the documents identified in Plaintiff's Notice of Filing Under Seal as Exhibits 1, 2 and 3, which were e-filed by Gary Goldstein, Esq. or his counsel in the Baltimore City Court, remain on the docket in that proceeding.

Respectfully Submitted,

By: */s/ Joshua E. Truppman*
Joshua E. Truppman, Esquire
Florida Bar No. 111795
joshua@bfwlegal.com
docketing@bfwlegal.com
Benjamin H. Brodsky, Esquire
Florida Bar No. 73748
bbrodsky@bfwlegal.com
BRODSKY FOTIU-WOJTOWICZ, PLLC
44 W. Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 503-5054
Telecopy: (786) 749-7644
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on November 19, 2026, on all counsel or parties of record who have registered to receive electronic service.

By: *_/s/ Joshua E. Truppman_*
Joshua E. Truppman, Esq.